**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION**

| | |
|---|---|
| **KANDIS HORTON and WILLIE HOOKS, as Survivors and the Presumed Personal Representative(s) of the Estate of Aa'Dyen Hooks,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**COLUMBIA COUNTY SCHOOL DISTRICT, ROBIN HANKAL, HALEY FISCHER, and SCOTT JACOBS,**<br><br>**Defendants** | **Civil Action No. 1:25-cv-260** |

<u>**DEFENDANT COLUMBIA COUNTY SCHOOL DISTRICT'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS' COMPLAINT**</u>

COMES NOW COLUMBIA COUNTY SCHOOL DISTRICT (hereinafter "Defendant CCSD" or "this Defendant"), defendant in the above-captioned matter, and hereby serves its Answer and Affirmative Defenses to Plaintiff's Complaint showing the Court as follows:

<u>**First Defense**</u>

Plaintiff's Complaint, in whole or in part, fails to state a claim upon which

Page **1** of **76**

relief can be granted, and therefore, should be dismissed.

## Second Defense

As to plaintiffs' claims, this Defendant shows that under all the facts and circumstances, Defendants' conduct was objectively reasonable.

## Third Defense

This Defendant shows that plaintiffs were not deprived of any rights under any amendment to or provision of the United States Constitution or any federal law, or the laws or Constitution of the State of Georgia, by Defendant CCSD.

## Fourth Defense

Plaintiffs' claims, in whole or in part, are barred in part by the doctrine of sovereign immunity; thus, this Defendant asserts all applicable immunities, including sovereign immunity, available to it by law and available to its employees to the extent sued in their official capacities. In further response, this Honorable Court lacks subject-matter jurisdiction over any state-law claims against this Defendant and this Defendant's employees in their official capacities.

## Fifth Defense

Defendant CCSD shows that there has been no intentional or negligent conduct caused by any act or omission attributable on the part of Defendant CCSD that proximately caused injury or damage to Plaintiffs, and Plaintiffs are not entitled to recover from Defendant CCSD.

## Sixth Defense

Defendant CCSD shows that it has acted in good faith there has been no conduct on its part that justified the imposition of damages, punitive, compensatory, or otherwise, or that justifies an award of attorney's fees to Plaintiffs. To the extent Plaintiffs seek punitive damages, no act or omission on the part of this Defendant constitutes willful misconduct, malice, fraud, wantonness, oppression, or the entire want of care that would raise the presumption of conscious indifference to consequences, as is required for Plaintiffs to be entitled to punitive damages.

## Seventh Defense

Plaintiffs cannot recover punitive damages because Georgia law does not authorize the imposition of punitive damages against Defendant CCSD.

## Eighth Defense

Plaintiffs have failed to exhaust their administrative remedies or otherwise satisfy all conditions precedent and statutory prerequisites to suit.

## Ninth Defense

Defendant CCSD lacked any intent or purpose to discriminate against Plaintiffs or deprive Plaintiffs of any rights. Further, Defendant CCSD was not deliberately indifferent to the rights and needs of Plaintiffs. Therefore, Plaintiffs' claims are barred.

## Tenth Defense

Plaintiffs' claims for attorney's fees and costs of litigation are precluded because Plaintiffs have failed to assert a meritorious claim that would entitle them to relief.

## Eleventh Defense

This Defendant at all times complied with applicable laws, acted reasonable and in good faith, and exercised due care and diligence toward Plaintiffs.

## Twelfth Defense

This Defendant acted at all times in good faith and in a reasonable and prudent manner, exercising the degree of due and reasonable care required in carrying out any duties allegedly owed to Plaintiffs and has been consistent with all applicable legal standards.

## Thirteenth Defense

Plaintiffs were not deprived of any federal, constitutional, or statutory right as a result of the application of any policy, practice or custom of Defendant CCSD.

## Fourteenth Defense

Plaintiffs' substantive due process claims under the United States Constitution and the Georgia Constitution fail because Plaintiffs cannot establish they suffered a deprivation of a constitutionally-protected liberty or property interest without

adequate procedural safeguards.

### Fifteenth Defense

Plaintiffs' equal protection claims under the United States Constitution and Georgia Constitution fail because Plaintiffs cannot establish Aa'Dyen Hooks was treated differently than similarly-situated, non-disabled students because of his disabilities or any other protected trait.

### Sixteenth Defense

Plaintiffs alleged injuries were caused by an intervening or supervening cause.

### Seventeenth Defense

No activities allegedly attributable to defendants were arbitrary, capricious, or wholly unrelated to legitimate state interests.

### Eighteenth Defense

Defendant CCSD asserts that the claims asserted by Plaintiffs, in whole or in part, are without merit, frivolous, or without just cause so that Plaintiffs are liable for the payment of all attorneys' fees and expenses incurred by Defendant CCSD in order to defend its rights pursuant to O.C.G.A. § 9-15-14.

### Nineteenth Defense

This Defendant hereby reserves the right to seek leave to amend this Answer, to add additional affirmative defenses, or to withdraw affirmative defenses as

deemed warranted after a reasonable opportunity for appropriate discovery.

### Twentieth Defense

Plaintiffs' claims in part may be barred by the statute of limitations.

### Twenty-First Defense

Plaintiffs failed, neglected, or refused to mitigate their alleged damages.

### Twenty-Second Defense

Without waiving any of the foregoing defenses, Defendant CCSD hereby responds to the separately numbered paragraphs of Plaintiffs' Complaint as follows:

### PROLOGUE/NATURE OF CASE

This Defendant notes that this portion of the Complaint fails to comply with the Rule 10(b) requirement that Plaintiff must state claims in "numbered paragraphs, each limited as far as practicable to a single set of circumstances." To the extent a response is required, this Defendant denies this portion of the Complaint as written.

### JURISDICTION AND VENUE

1.

This Defendant admits that this Court has jurisdiction over the federal claims raised in Plaintiffs' Complaint.

2.

This Defendant admits that, at present, this Court has supplemental jurisdiction over the state law claims raised in Plaintiffs' Complaint.

3.

This Defendant admits that it is subject to personal jurisdiction in this judicial district.

**PARTIES**

4.

This Defendant admits the allegations contained in Paragraph Four (4) of Plaintiffs' Complaint.

5.

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Five (5) of Plaintiffs' Complaint.

6.

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Six (6) of Plaintiffs' Complaint.

7.

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Seven (7) of Plaintiffs'

Complaint.

8.

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Eight (8) of Plaintiffs' Complaint.

9.

This Defendant admits the allegations contained in Paragraph Nine (9) of Plaintiffs' Complaint.

10.

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Ten (10) of Plaintiffs' Complaint.

11.

This Defendant admits the allegations contained in Paragraph Eleven (11) of Plaintiffs' Complaint.

12.

This Defendant admits the allegations contained in Paragraph Twelve (12) of Plaintiffs' Complaint.

13.

This Defendant admits the allegations contained in Paragraph Thirteen (13)

of Plaintiffs' Complaint.

14.

This Defendant admits that Dr. Flynt is the superintendent, but is without sufficient information to admit or deny the remaining allegations contained in Paragraph Fourteen (14) of Plaintiffs' Complaint.

15.

This Defendant admits the allegations contained in Paragraph Fifteen (15) of Plaintiffs' Complaint.

16.

This Defendant admits the allegations contained in Paragraph Sixteen (16) of Plaintiffs' Complaint.

17.

This Defendant admits the allegations contained in Paragraph Seventeen (17) of Plaintiffs' Complaint.

18.

This Defendant admits the allegations contained in Paragraph Eighteen (18) of Plaintiffs' Complaint.

19.

This Defendant admits the allegations contained in Paragraph Nineteen (19)

of Plaintiffs' Complaint.

20.

This Defendant admits the allegations contained in Paragraph Twenty (20) of

Plaintiffs' Complaint.

21.

This Defendant is without knowledge or information sufficient to form a

belief as to the truth of the allegations contained in Paragraph Twenty-One (21) of

Plaintiffs' Complaint.

22.

This Defendant admits the allegations contained in Paragraph Twenty-Two

(22) of Plaintiffs' Complaint.

23.

This Defendant is without knowledge or information sufficient to form a

belief as to the truth of the allegations contained in Paragraph Twenty-Three (23) of

Plaintiffs' Complaint.

24.

This Defendant is without knowledge or information sufficient to form a

belief as to the truth of the allegations contained in Paragraph Twenty-Four (24) of

Plaintiffs' Complaint.

25.

This Defendant admits the allegations contained in Paragraph Twenty-Five

(25) of Plaintiffs' Complaint.

26.

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Twenty-Six (26) of Plaintiffs' Complaint.

## STATEMENT OF FACTS

27.

This Defendant's responses to the allegations contained in Paragraphs One (1) through Twenty-Six (26) are hereby incorporated by reference.

28.

This Defendant admits the allegations contained in Paragraph Twenty-Eight (28) of Plaintiffs' Complaint.

29.

This Defendant admits the allegations contained in Paragraph Twenty-Nine (29) of Plaintiffs' Complaint.

30.

This Defendant admits Aa'Dyen was enrolled at Euchee Creek Elementary School and that Euchee Creek Elementary School is a school operated by Defendant CCSD. In further response, This Defendant denies that Aa'Dyen was only enrolled at Euchee Creek Elementary School as Aa'Dyen attended other schools within the

Columbia County School District.

31.

This Defendant admits the allegations contained in Paragraph Thirty-One (31) of Plaintiffs' Complaint.

32.

This Defendant denies the allegations of Paragraph Thirty-Two (32) as stated. This Defendant admits that Defendant CCSD updated Aa'Dyen's IEP as required and is required to review all students IEPs on an annual basis.

33.

This Defendant admits the allegations contained in Paragraph Thirty-Three (33) of Plaintiffs' Complaint.

34.

This Defendant admits the allegations contained in Paragraph Thirty-Four (34) of Plaintiffs' Complaint.

35.

This Defendant admits the allegations contained in Paragraph Thirty-Five (35) of Plaintiffs' Complaint.

36.

This Defendant admits the allegations contained in Paragraph Thirty-Six (36)

of Plaintiffs' Complaint.

### 37.

This Defendant admits the allegations contained in Paragraph Thirty-Seven (37) of Plaintiffs' Complaint.

### 38.

This Defendant admits the allegations contained in Paragraph Thirty-Eight (38) of Plaintiffs' Complaint.

### 39.

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Thirty-Nine (39) of Plaintiffs' Complaint.

### 40.

This Defendant admits the allegations contained in Paragraph Forty (40) of Plaintiffs' Complaint.

### 41.

This Defendant admits the allegations contained in Paragraph Forty-One (41) of Plaintiffs' Complaint.

### 42.

This Defendant admits allegations contained in Paragraph Forty-Two (42) of Plaintiffs' Complaint.

43.

This Defendant admits the allegations contained in Paragraph Forty-Three (43) of Plaintiffs' Complaint.

44.

This Defendant denies the allegations in Paragraph Forty-Four (44) as stated. In further response this Defendant admits that Aa'Dyen's IEPs and related documentation, respectively, were accessible to and reviewed by those employees of Defendant CCSD with a legitimate educational interest.

45.

This Defendant admits Defendant CCSD was aware of Aa'Dyen's developmental delay.

46.

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Forty-Six (46) of Plaintiffs' Complaint.

47.

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Forty-Seven (47) of Plaintiffs' Complaint.

48.

This Defendant admits the allegations contained in Paragraph Forty-Eight (48) of Plaintiffs' Complaint.

49.

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Forty-Nine (49) of Plaintiffs' Complaint.

50.

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Fifty (50) of Plaintiffs' Complaint.

51.

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Fifty-One (51) of Plaintiffs' Complaint.

52.

This Defendant admits knowledge that Aa'Dyen underwent multiple surgeries. In further response, this Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph Fifty-Two (52) of Plaintiffs' Complaint.

53.

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Fifty-Three (53) of Plaintiffs' Complaint.

54.

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Fifty-Two (54) of Plaintiffs' Complaint.

55.

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Fifty-Five (55) of Plaintiffs' Complaint.

56.

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Fifty-Six (56) of Plaintiffs' Complaint.

57.

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Fifty-Seven (57) of

Plaintiffs' Complaint.

58.

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Fifty-Eight (58) of Plaintiffs' Complaint.

59.

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Fifty-Nine (59) of Plaintiffs' Complaint.

60.

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Sixty (60) of Plaintiffs' Complaint.

61.

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Sixty-One (61) of Plaintiffs' Complaint.

62.

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Sixty-Two (62) of

Plaintiffs' Complaint.

63.

This Defendant denies the allegations in Paragraph Sixty-Three (63) as stated. In further response this Defendant admits that Aa'Dyen's medical documentation on file at the school and Eligibility Report(s) indicated that Aa'Dyen had health concerns, which in part included a heart condition.

64.

This Defendant admits that Aa'Dyen's medical documentation on file at the school indicated that Aa'Dyen had health concerns, which in part included a heart condition.

65.

This Defendant denies the allegations of Paragraph Sixty-Five (65) of this Complaint.

66.

This Defendant denies the allegations of Paragraph Sixty-Six (66) of this Complaint.

67.

This Defendant denies the allegations of Paragraph Sixty-Seven (67) of this Complaint.

68.

This Defendant denies the allegations of Paragraph Sixty-Eight (68) of this Complaint.

69.

This Defendant admits the allegations of Paragraph Sixty-Nine (69) of this Complaint.

70.

This Defendant admits that employees of Defendant CCSD with a legitimate education interest in Aa'Dyen had access to and a responsibility to review Aa'Dyen's Emergency Medical Plan based on their respective positions.

71.

This Defendant admits that Defendant CCSD was aware that Aa'Dyen had a heart condition. This Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph Seventy-One (71) of Plaintiffs' Complaint.

72.

This Defendant admits Defendant CCSD was aware that Aa'Dyen was diagnosed with epilepsy. This Defendant is without knowledge or information sufficient to form a belief as to the remaining allegations of Paragraph Seventy-Two (72) of this Complaint.

73.

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Seventy-Three (73) of Plaintiffs' Complaint, as it relates to Aa'Dyen.

74.

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Seventy-Three (74) of Plaintiffs' Complaint.

75.

This Defendant denies the allegations contained in Paragraph Seventy-Five (75) of Plaintiffs' Complaint.

76.

This Defendant denies the allegations contained in Paragraph Seventy-Six (76) of Plaintiffs' Complaint.

77.

This Defendant denies the allegations contained in Paragraph Seventy-Seven (77) of Plaintiffs' Complaint.

78.

This Defendant denies the allegations contained in Paragraph Seventy-Eight (78) of Plaintiffs' Complaint.

79.

This Defendant denies the allegations in Paragraph Seventy-Nine (79) as stated. In further response this Defendant admits that Aa'Dyen's medical documentation on file at the school and Eligibility Report(s) indicate that Aa'Dyen had a diagnosis of epilepsy.

80.

This Defendant admits that Aa'Dyen medical documentation on file with this school noted a seizure disorder.

81.

This Defendant admits that Aa'Dyen medical documentation on file with this school noted a seizure disorder.

82.

This Defendant admits Aa'Dyen's medical documentation and Emergency Medical Plans were updated. This Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph Eighty-Two (82) of the Complaint.

83.

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Eighty-Three (83) of Plaintiffs' Complaint.

84.

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Eighty-Four (84) of Plaintiffs' Complaint.

85.

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Eighty-Five (85) of Plaintiffs' Complaint.

86.

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Eighty-Six (86) of Plaintiffs' Complaint.

87.

This Defendant denies or is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Eighty-Seven (87) of Plaintiffs' Complaint.

88.

This Defendant denies or is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph Eighty-Eight (88) of Plaintiff's Complaint.

89.

This Defendant denies the allegations of Paragraph Eighty-Nine (89) of Plaintiff's Complaint as stated. This Defendant denies that the plans were updated with the information referenced in Paragraph Eighty-Nine (89) of the Complaint and denies that this information was ever provided to this Defendant.

90.

This Defendant denies the allegations of Paragraph Ninety (90) of Plaintiff's Complaint as stated. This Defendant denies that proper medical care would delay a response until the parent had been contacted.

91.

This Defendant denies the allegations of Paragraph Ninety-One (91) of Plaintiff's Complaint as stated. This Defendant denies that proper medical care would delay a response until the parent had been contacted.

92.

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph Ninety-Two (92) of the Complaint.

93.

This Defendant admits the allegations in Paragraph Ninety-Three (93) of the Complaint.

94.

This Defendant admits the allegations in Paragraph Ninety-Four (94) of the Complaint.

95.

This Defendant admits the allegations in Paragraph Ninety-Five (95) of the Complaint.

96.

This Defendant admits the allegations in Paragraph Ninety-Six (96) of the Complaint.

97.

This Defendant admits the allegations in Paragraph Ninety-Seven (97) of the Complaint.

98.

This Defendant admits the allegations in Paragraph Ninety-Eight (98) of the Complaint.

99.

This Defendant denies the allegations contained in Paragraph Ninety-Nine (99) of Plaintiffs' Complaint as stated.

100.

This Defendant denies the allegations contained in Paragraph One Hundred

(100) of Plaintiffs' Complaint.

101.

This Defendant denies the allegations contained in Paragraph One Hundred One (101) of Plaintiffs' Complaint.

102.

This Defendant admits Ms. Horton sent an email regarding Aa'Dyen's wheelchair use in August 2021. This Defendant denies as alleged the remaining allegations contained in Paragraph One Hundred Two (102) of Plaintiffs' Complaint.

103.

This Defendant admits that Aa'Dyen was assigned a shadow in his IEP. This Defendant denies as alleged the remaining allegations contained in Paragraph One Hundred Three (103) of Plaintiffs' Complaint as stated.

104.

This Defendant admits Ms. Horton requested Aa'Dyen be assigned a shadow on multiple occasions.

105.

This Defendant denies the allegations contained in Paragraph One Hundred Five (105) of Plaintiffs' Complaint as stated. This Defendant further shows that Aa'Dyen's IEP was updated to include an assigned shadow.

106.

This Defendant admits the allegations contained in Paragraph One Hundred Six (106) of Plaintiffs' Complaint.

107.

This Defendant denies the allegations contained in Paragraph One Hundred Seven (107) of Plaintiffs' Complaint as stated. In further response, this Defendant admits Aa'Dyen's assigned shadow was present to monitor medical conditions, assist with instruction, and assist with transportation, in addition to other duties. This Defendant denies a breach of any duty owed.

108.

This Defendant denies the allegations of Paragraph One Hundred Eight (108) of Plaintiffs' Complaint as stated. This Defendant admits that it was aware of a nosebleed that occurred on March 16, 2023.

109.

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Nine (109) of Plaintiffs' Complaint.

110.

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Ten

(110) of Plaintiffs' Complaint.

111.

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Eleven (111) of Plaintiffs' Complaint.

112.

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Twelve (112) of Plaintiffs' Complaint.

113.

This Defendant denies the allegations contained in Paragraph One Hundred Thirteen (113) of Plaintiffs' Complaint as stated.

114.

This Defendant admits the allegations contained in Paragraph One Hundred Fourteen (114) of Plaintiffs' Complaint.

115.

This Defendant denies the allegations contained in Paragraph One Hundred Fifteen (115) of Plaintiffs' Complaint as stated. This Defendant further shows IEP meetings were held on September 12, 2023, and September 21, 2023.

116.

This Defendant admits the allegations contained in Paragraph One Hundred Sixteen (116) of Plaintiffs' Complaint. This Defendant denies a breach of any duty owed.

117.

This Defendant admits the allegations contained in Paragraph One Hundred Seventeen (117) of Plaintiffs' Complaint.

118.

This Defendant denies the allegations contained in Paragraph One Hundred Eighteen (118) of Plaintiffs' Complaint as stated. In further response, this Defendant admits Aa'Dyen's assigned shadow was present to monitor medical conditions, assist with instruction, and assist with transportation, in addition to other duties. This Defendant denies a breach of any duty owed.

119.

This Defendant denies the allegations contained in Paragraph One Hundred Nineteen (119) of Plaintiffs' Complaint as stated. In further response, this Defendant admits Aa'Dyen's assigned shadow had some duty to review, understand, and implement a component of Aa'Dyen's medical safety and educational procedures. This Defendant denies a breach of any duty owed.

120.

This Defendant admits the allegations contained in Paragraph One Hundred Twenty (120) of Plaintiffs' Complaint.

121.

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Twenty-One (121) of Plaintiffs' Complaint.

122.

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Twenty-Two (122) of Plaintiffs' Complaint.

123.

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Twenty-Three (123) of Plaintiffs' Complaint.

124.

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Twenty-Four (124) of Plaintiffs' Complaint.

125.

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Twenty-Five (125) of Plaintiffs' Complaint.

126.

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Twenty-Six (126) of Plaintiffs' Complaint.

127.

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Twenty-Seven (127) of Plaintiffs' Complaint.

128.

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Twenty-Eight (128) of Plaintiffs' Complaint.

129.

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Twenty-Nine (129) of Plaintiffs' Complaint.

130.

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Thirty (130) of Plaintiffs' Complaint.

131.

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Thirty-One (131) of Plaintiffs' Complaint.

132.

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Thirty-Two (132) of Plaintiffs' Complaint.

133.

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Thirty-Three (133) of Plaintiffs' Complaint.

134.

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Thirty-Four (134) of Plaintiffs' Complaint.

135.

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Thirty-Five (135) of Plaintiffs' Complaint.

136.

This Defendant denies the allegations contained in Paragraph One Hundred Thirty Six (136) of Plaintiffs' Complaint as stated. No such restriction was noted in Aa'Dyen's IEP.

137.

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Thirty-Seven (137) of Plaintiffs' Complaint.

138.

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Thirty-Eight (138) of Plaintiffs' Complaint.

139.

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Thirty-

Nine (139) of Plaintiffs' Complaint.

140.

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Forty (140) of Plaintiffs' Complaint.

141.

This Defendant denies the allegations contained in Paragraph One Hundred Forty-One (141) of Plaintiffs' Complaint.

142.

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Forty-Two (142) of Plaintiffs' Complaint.

143.

This Defendant denies the allegations contained in Paragraph One Hundred Forty-Three (143) of Plaintiffs' Complaint as stated. This Defendant admits Defendant Fischer was assigned as Aa'Dyen's shadow and left the room. This Defendant further shows other school staff were present in the room during Defendant Fischer's absence.

144.

This Defendant denies the allegations of paragraph One Hundred Forty-Four (144) as stated. This Defendant admits that Aa'Dyen's seizure began at

approximately 3:12 p.m. and that Aa'Dyen was on the floor with his iPad when his seizure began.

### 145.

This Defendant denies the allegations contained in Paragraph One Hundred Forty-Five (145) of Plaintiffs' Complaint.

### 146.

This Defendant denies the allegations as stated in Paragraph One Hundred Forty-Six (146) of Plaintiffs' Complaint.

### 147.

This Defendant denies the allegations contained in Paragraph One Hundred Forty-Seven (147) of Plaintiffs' Complaint.

### 148.

This Defendant denies the allegations contained in Paragraph One Hundred Forty-Eight (148) of Plaintiffs' Complaint.

### 149.

This Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in Paragraph One Hundred Forty-Nine (149) of Plaintiffs' Complaint.

### 150.

This Defendant is without knowledge or information sufficient to form a

belief as to the truth of the allegations contained in Paragraph One Hundred Fifty (150) of Plaintiffs' Complaint.

### 151.

This Defendant denies the allegations contained in Paragraph One Hundred Fifty-One (151) of Plaintiffs' Complaint.

### 152.

This Defendant denies the allegations contained in Paragraph One Hundred Fifty-Two (152) of Plaintiffs' Complaint.

### 153.

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Fifty-Three (153) of Plaintiffs' Complaint.

### 154.

This Defendant admits the allegations contained in Paragraph One Hundred Fifty-Four (154) of Plaintiffs' Complaint.

### 155.

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Fifty-Five (155) of Plaintiffs' Complaint.

156.

This Defendant admits Aa'Dyen was placed on his side. This Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph One Hundred Fifty-Six (156) of Plaintiffs' Complaint.

157.

This Defendant denies the allegations contained in Paragraph One Hundred Fifty-Seven (157) of Plaintiffs' Complaint as stated. This Defendant admits other students were removed from the room. This Defendant further admits that Defendant Hankal requested that the school resource officer contact EMS for support. This Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph One Hundred Fifty-Seven (157) of the Complaint.

158.

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Fifty-Eight (158) of Plaintiffs' Complaint.

159.

This Defendant denies the allegations contained in Paragraph One Hundred Fifty-Nine (159) of Plaintiffs' Complaint as stated. This Defendant admits that

Defendant Jacobs and Defendant Hankal returned to the room and Defendant Hankal began responding to Aa'Dyen's seizure at 3:12 p.m.

### 160.

This Defendant admits the allegations contained in Paragraph One Hundred Sixty (160) of Plaintiffs' Complaint.

### 161.

This Defendant admits that medication was administered to Aa'Dyen. This Defendant is without knowledge or information sufficient to form a belief as to the remaining allegations contained in Paragraph One Hundred Sixty-One (161) of Plaintiffs' Complaint.

### 162.

This Defendant admits the allegations contained in Paragraph One Hundred Sixty-Two (162) of Plaintiffs' Complaint.

### 163.

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Sixty-Three (163) of Plaintiffs' Complaint.

### 164.

This Defendant admits the allegations contained in Paragraph One Hundred Sixty-Four (164) of Plaintiffs' Complaint.

165.

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Sixty-Five (165) of Plaintiffs' Complaint.

166.

This Defendant denies the allegations contained in Paragraph One Hundred Sixty-Six (166) of Plaintiffs' Complaint.

167.

This Defendant denies the allegations contained in Paragraph One Hundred Sixty-Seven (167) of Plaintiffs' Complaint as stated. This Defendant admits that Defendant Hankal and Defendant Jacobs took turns performing CPR on Aa'Dyen. This Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph One Hundred Sixty-Seven (167) of Plaintiffs' Complaint.

168.

This Defendant denies the allegations contained in Paragraph One Hundred Sixty-Eight (168) of Plaintiffs' Complaint as stated. This Defendant admits that an AED device was connected to Aa'Dyen and prompts were followed. This Defendant denies that any electronic shock was administered. This Defendant denies that Aa'Dyen's heart had not completely stopped, as no pulse was detected by

responding CCSD personnel.

169.

This Defendant denies the allegations contained in Paragraph One Hundred Sixty-Nine (169) of Plaintiffs' Complaint, as stated. This Defendant admits that Defendant Jacobs and Defendant Hankal took turns performing CPR on Aa'Dyen. This Defendant denies that Aa'Dyen's heart had not completely stopped, as no pulse was detected by responding CCSD personnel.

170.

This Defendant denies the allegations contained in Paragraph One Hundred Seventy (170) of Plaintiffs' Complaint, as stated. This Defendant admits that Defendant Jacobs and Defendant Hankal took turns performing CPR on Aa'Dyen. This Defendant denies that Aa'Dyen's heart had not completely stopped, as no pulse was detected by responding CCSD personnel.

171.

This Defendant denies the allegations contained in Paragraph One Hundred Seventy-One (171) of Plaintiffs' Complaint, as stated. This Defendant admits that Defendant Jacobs and Defendant Hankal took turns performing CPR on Aa'Dyen. This Defendant denies that Aa'Dyen's heart had not completely stopped, as no pulse

was detected by responding CCSD personnel.

172.

This Defendant is without knowledge or information sufficient to form belief as to the truth of the allegations contained in Paragraph One Hundred Sixty Seventy-Two (172) of Plaintiffs' Complaint as the exact time Defendant Fischer called Plaintiff Horton is unknown. This Defendant admits that Defendant Fischer called Plaintiff Horton.

173.

This Defendant is without knowledge or information sufficient to form belief as to the truth of the allegations contained in Paragraph One Hundred Seventy-Three (173) of Plaintiffs' Complaint. This Defendant denies that Aa'Dyen's heart had not completely stopped, as no pulse was detected by responding CCSD personnel.

174.

This Defendant denies the allegations contained in Paragraph One Hundred Seventy-Two (174) of Plaintiffs' Complaint.

175.

This Defendant is without knowledge or information sufficient to form belief as to the truth of the allegations contained in Paragraph One Hundred Seventy-Five (175) of Plaintiffs' Complaint as the exact time that the emergency medical

technicians arrived is unknown.

176.

This Defendant denies the allegations contained in Paragraph One Hundred Seventy-Six (176) of Plaintiffs' Complaint.

177.

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Seventy-Seven (177) of Plaintiffs' Complaint.

178.

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Seventy-Eight (178) of Plaintiffs' Complaint.

179.

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Seventy-Nine (179) of Plaintiffs' Complaint.

180.

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Eighty

(180) of Plaintiffs' Complaint.

181.

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Eighty-One (181) of Plaintiffs' Complaint.

182.

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Eighty-Two (182) of Plaintiffs' Complaint.

183.

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Eighty-Three (183) of Plaintiffs' Complaint.

184.

This Defendant denies any improper handling of Aa'Dyen's seizure by Defendants. This Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph One Hundred Eighty-Four (184) of Plaintiffs' Complaint.

185.

This Defendant is without knowledge or information sufficient to form a

belief as to the truth of the allegations contained in Paragraph One Hundred Eighty-Five (185) of Plaintiffs' Complaint.

186.

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Eighty-Six (186) of Plaintiffs' Complaint.

187.

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Eighty-Seven (187) of Plaintiffs' Complaint.

188.

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Eighty-Eight (188) of Plaintiffs' Complaint.

189.

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Eighty-Nine (189) of Plaintiffs' Complaint.

190.

This Defendant is without knowledge or information sufficient to form a

belief as to the truth of the allegations contained in Paragraph One Hundred Ninety (190) of Plaintiffs' Complaint.

191.

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Ninety-One (191) of Plaintiffs' Complaint.

192.

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Ninety-Two (192) of Plaintiffs' Complaint.

193.

This Defendant admits Ms. Horton and Mr. Hooks communicated with Defendant CCSD following the seizure on November 3, 2023. This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Ninety-Three (193) of Plaintiffs' Complaint.

194.

This Defendant admits the allegations contained in Paragraph One Hundred

Ninety-Four (194) of Plaintiffs' Complaint.

195.

This Defendant denies the allegations contained in Paragraph One Hundred Ninety-Five (195) of Plaintiffs' Complaint as stated.

196.

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Ninety-Six (196) of Plaintiffs' Complaint.

197.

This Defendant denies the allegations contained in Paragraph One Hundred Ninety-Seven(197) of Plaintiffs' Complaint as stated.

198.

This Defendant denies the allegations contained in Paragraph One Hundred Ninety-Eight (198) of Plaintiffs' Complaint.

199.

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Ninety-Nine (199) of Plaintiffs' Complaint.

200.

This Defendant denies the allegations contained in Paragraph Two Hundred

(200) of Plaintiffs' Complaint as stated. This Defendant further shows that Hospital/Homebound Services were discussed prior to the March 26, 2024 meeting.

201.

This Defendant admits Aa'Dyen was assigned Hospital/Homebound Services as part of his IEP. This Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph Two Hundred One (201) of Plaintiffs' Complaint.

202.

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Two Hundred Two (202) of Plaintiffs' Complaint.

203.

This Defendant denies the allegations contained in Paragraph Two Hundred Three (203) of Plaintiffs' Complaint.

204.

This Defendant denies the allegations contained in Paragraph Two Hundred Five (204) of Plaintiffs' Complaint.

205.

This Defendant denies the allegations contained in Paragraph Two Hundred

(205) of Plaintiffs' Complaint as stated.

206.

This Defendant admits the allegations contained in Paragraph Two Hundred (206) of Plaintiffs' Complaint. This Defendant further shows that Defendant CCSD was compliant with eligibility and reevaluation requirements.

207.

This Defendant denies the allegations contained in Paragraph Two Hundred Seven (207) of Plaintiffs' Complaint.

208.

This Defendant denies the allegations contained in Paragraph Two Hundred Eight (208) of Plaintiffs' Complaint.

209.

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Two Hundred Nine (209) of Plaintiffs' Complaint.

210.

This Defendant denies any mishandling by Defendants of Aa'Dyen's seizure. This Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph Two Hundred Ten (210) of Plaintiffs' Complaint.

211.

This Defendant denies any mishandling by Defendants of Aa'Dyen's seizure. This Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph Two Hundred Eleven (211) of Plaintiffs' Complaint.

212.

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Two Hundred (212) of Plaintiffs' Complaint.

213.

This Defendant denies the allegations contained in Paragraph Two Hundred Thirteen (213) of Plaintiffs' Complaint.

214.

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Two Hundred Fourteen (214) of Plaintiffs' Complaint.

215.

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Two Hundred Fifteen (215) of Plaintiffs' Complaint.

216.

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Two Hundred Sixteen (216) of Plaintiffs' Complaint.

217.

This Defendant denies the allegations of Paragraph Two Hundred Seventeen (217) of Plaintiff's Complaint.

218.

This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Two Hundred Eighteen (218) of Plaintiffs' Complaint.

219.

This Defendant admits that a suit was filed on May 5, 2025, by the family of a special education student in Defendant Jacobs' classroom in the Superior Court of Columbia County against Defendant CCSD, Defendant Jacobs, and others alleging that said parties caused injuries to the child in May 2023. The aforementioned suit is unrelated to the events chronicled in Plaintiffs' Complaint and this Defendant denies any false allegations contained in that suit or insinuations by Plaintiffs herein as to its relevance to the instant suit. This Defendant denies any remaining allegations contained in Paragraph Two Hundred Nineteen (219) of Plaintiffs'

Complaint.

220.

This Defendant admits the allegations contained in Paragraph Two Hundred

Twenty (220) of Plaintiffs' Complaint.

## COUNT I:
## SUBSTANTIVE DUE PROCESS
## UNDER THE UNITED STATES CONSTITUTION
### (Defendant Columbia County Schools)

221.

This Defendant hereby incorporates by reference all the responses contained

in Paragraphs One (1) through Two Hundred Twenty (220).

222.

This Defendant denies any allegation contained in Paragraph Two Hundred

Twenty-Two (222) of Plaintiffs' Complaint that is inconsistent with the stated law.

223.

This Defendant denies any allegation contained in Paragraph Two Hundred

Twenty-Three (223) of Plaintiffs' Complaint that is inconsistent with the stated law.

224.

This Defendant denies any allegation contained in Paragraph Two Hundred

Twenty-Four (224) of Plaintiffs' Complaint that any Defendant failed to comply

with any legal duty.

225.

This Defendant denies any allegation contained in Paragraph Two Hundred Twenty-Five (225) of Plaintiffs' Complaint that any Defendant failed to comply with any legal duty.

226.

This Defendant admits that Aa'Dyen was assigned a shadow. This Defendant either denies as alleged or is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph Two Hundred Twenty-Six (226) of Plaintiffs' Complaint.

227.

This Defendant denies the allegations of Paragraph Two Hundred Twenty-Seven (227) of Plaintiff's Complaint.

228.

This Defendant denies the allegations of Paragraph Two Hundred Twenty-Eight (228) of Plaintiff's Complaint.

229.

This Defendant denies the allegations of Paragraph Two Hundred Twenty-Nine (229) of Plaintiff's Complaint.

230.

This Defendant denies the allegations of Paragraph Two Hundred Thirty (230)

of Plaintiff's Complaint.

231.

This Defendant denies the allegations of Paragraph Two Hundred Thirty-One (231) of Plaintiff's Complaint.

232.

This Defendant denies the allegations of Paragraph Two Hundred Thirty-Two (232) of Plaintiff's Complaint.

233.

This Defendant denies the allegations of Paragraph Two Hundred Thirty-Three (233) of Plaintiff's Complaint.

234.

This Defendant denies the allegations of Paragraph Two Hundred Thirty-Four (234) of Plaintiff's Complaint.

235.

This Defendant denies the allegations of Paragraph Two Hundred Thirty-Five (235) of Plaintiff's Complaint.

236.

This Defendant denies the allegations of Paragraph Two Hundred Thirty-Six (236) of Plaintiff's Complaint.

237.

This Defendant denies the allegations of Paragraph Two Hundred Thirty-Seven (237) of Plaintiff's Complaint.

238.

This Defendant denies the allegations of Paragraph Two Hundred Thirty-Eight (238) of Plaintiff's Complaint.

239.

This Defendant denies the allegations of Paragraph Two Hundred Thirty-Nine (239) of Plaintiff's Complaint.

240.

This Defendant denies the allegations of Paragraph Two Hundred Forty (240) of Plaintiff's Complaint.

241.

This Defendant denies the allegations of Paragraph Two Hundred Forty-One (241) of Plaintiff's Complaint.

242.

This Defendant denies the allegations of Paragraph Two Hundred Forty-Two (242) of Plaintiff's Complaint.

## COUNT II:
### SUBSTANTIVE DUE PROCESS
### UNDER THE GEORGIA CONSTIUTION
**(Defendant Columbia County Schools)**

243.

This Defendant hereby incorporates by reference all the responses contained in Paragraphs One (1) through Two Hundred Twenty (220).

244.

This Defendant denies any allegation contained in Paragraph Two Hundred Forty-Four (244) of Plaintiffs' Complaint that is inconsistent with the stated law.

245.

This Defendant denies the allegations of Paragraph Two Hundred Forty-Five (245) of Plaintiff's Complaint.

246.

This Defendant denies the allegations of Paragraph Two Hundred Forty-Six (246) of Plaintiff's Complaint.

247.

This Defendant denies the allegations of Paragraph Two Hundred Forty-Seven (247) of Plaintiff's Complaint.

### COUNT III:

### DEPRIVATION OF EQUAL PROTECTION
### UNDER THE UNITED STATES CONSTIUTION
**(Defendant Columbia County Schools)**

248.

This Defendant hereby incorporates by reference all the responses contained in Paragraphs One (1) through Two Hundred Twenty (220).

249.

This Defendant denies any allegation contained in Paragraph Two Hundred Forty-Nine (249) of Plaintiffs' Complaint that is inconsistent with the stated law.

250.

This Defendant denies the allegations of Paragraph Two Hundred Fifty (250) of Plaintiff's Complaint.

251.

This Defendant denies the allegations of Paragraph Two Hundred Fifty-One (251) of Plaintiff's Complaint as stated. Defendant CCSD denies its employees disregarded or ignored the medical needs of any students.

252.

This Defendant denies the allegations of Paragraph Two Hundred Fifty-Two (252) of Plaintiff's Complaint.

253.

This Defendant denies the allegations of Paragraph Two Hundred Fifty-Three (253) of Plaintiff's Complaint.

254.

This Defendant denies the allegations of Paragraph Two Hundred Fifty-Four (254) of Plaintiff's Complaint.

255.

This Defendant denies the allegations of Paragraph Two Hundred Fifty-Five (255) of Plaintiff's Complaint.

**COUNT IV**
**DEPRIVATION OF EQUAL PROTECTION**
**UNDER THE GEORGIA CONSTIUTION**
**(Defendant Columbia County Schools)**

256.

This Defendant hereby incorporates by reference all the responses contained in Paragraphs One (1) through Two Hundred Twenty (220).

257.

This Defendant denies any allegation contained in Paragraph Two Hundred Fifty-Seven (257) of Plaintiffs' Complaint that is inconsistent with the stated law.

258.

This Defendant denies the allegations of Paragraph Two Hundred Fifty-Eight (258) of Plaintiff's Complaint.

259.

This Defendant denies the allegations of Paragraph Two Hundred Fifty-Nine

(259) of Plaintiff's Complaint.

## COUNT V
## VIOLATION OF TITLE II OF THE
## AMERICANS WITH DISABILITIES ACT
### (Defendant Columbia County Schools)

260.

This Defendant hereby incorporates by reference all the responses contained

in Paragraphs One (1) through Two Hundred Twenty (220).

261.

This Defendant denies any allegation contained in Paragraph Two Hundred

Sixty-One (261) of Plaintiffs' Complaint that is inconsistent with the stated law.

262.

This Defendant denies any allegation contained in Paragraph Two Hundred

Sixty-Two (262) of Plaintiffs' Complaint that is inconsistent with the stated law.

263.

This Defendant admits the allegations contained in Paragraph Two Hundred

Sixty-Three (263) of Plaintiffs' Complaint.

264.

This Defendant denies any allegation contained in Paragraph Two Hundred

Sixty-Four (264) of Plaintiffs' Complaint that is inconsistent with the stated law.

265.

This Defendant admits the allegations contained in Paragraph Two Hundred Sixty-Five (265) of Plaintiffs' Complaint.

266.

This Defendant admits the allegations contained in Paragraph Two Hundred Sixty-Six (266) of Plaintiffs' Complaint.

267.

This Defendant denies the allegations contained in Paragraph Two Hundred Sixty-Seven (267) of Plaintiffs' Complaint as stated. This Defendant admits Aa'Dyen had a noted developmental delay. This Defendant denies that Defendants improperly handled Aa'Dyen's seizure. This Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph Two Hundred Sixty-Seven (267) of Plaintiffs' Complaint

268.

This Defendant denies the allegations contained in Paragraph Two Hundred Sixty-Eight (268) of Plaintiffs' Complaint as stated. This Defendant admits Aa'Dyen had a noted heart and other health conditions that limited his physical activity. This Defendant denies Defendants improperly handled Aa'Dyen's seizure. This Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph Two Hundred Sixty-Eight

(268) of Plaintiffs' Complaint.

269.

This Defendant denies the allegations contained in Paragraph Two Hundred Sixty-Nine (269) of Plaintiffs' Complaint as stated. This Defendant admits Aa'Dyen had a noted heart and other health conditions that limited his activity. This Defendant denies Defendants improperly handled Aa'Dyen's seizure. This Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph Two Hundred Sixty-Nine (269) of Plaintiffs' Complaint.

270.

This Defendant admits Aa'Dyen's disabilities limited some major life activity. This Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph Two Hundred Seventy (270) of Plaintiffs' Complaint.

271.

This Defendant admits the allegations contained in Paragraph Two Hundred Seventy-One (271) of Plaintiffs' Complaint.

272.

This Defendant admits the allegations contained in Paragraph Two Hundred Seventy-Two (272) of Plaintiffs' Complaint.

273.

This Defendant admits the allegations contained in Paragraph Two Hundred Seventy-Three (273) of Plaintiffs' Complaint.

274.

This Defendant denies the allegations contained in Paragraph Two Hundred Seventy-Four (274) of Plaintiffs' Complaint.

275.

This Defendant denies any allegation contained in Paragraph Two Hundred Seventy-Five (275) of Plaintiffs' Complaint that is inconsistent with the stated law.

276.

This Defendant denies the allegations contained in Paragraph Two Hundred Seventy-Six (276) of Plaintiffs' Complaint.

277.

This Defendant denies the allegations contained in Paragraph Two Hundred Seventy-Seven (277) of Plaintiffs' Complaint.

## COUNT VI:
## VIOLATION OF
## SECTION 504 OF THE REHABILITATION
### (Defendant Columbia County Schools)

278.

This Defendant hereby incorporates by reference all the responses contained

in Paragraphs One (1) through Two Hundred Twenty (220).

279.

This Defendant denies any allegation contained in Paragraph Two Hundred Seventy-Nine (279) of Plaintiffs' Complaint that is inconsistent with the stated law.

280.

This Defendant denies any allegation contained in Paragraph Two Hundred Eighty (280) of Plaintiffs' Complaint that is inconsistent with the stated law.

281.

This Defendant denies any allegation contained in Paragraph Two Hundred Eighty-One (281) of Plaintiffs' Complaint that is inconsistent with the stated law.

282.

This Defendant denies any allegation contained in Paragraph Two Hundred Eighty-Two (282) of Plaintiffs' Complaint that is inconsistent with the stated law.

283.

This Defendant admits the allegations contained in Paragraph Two Hundred Eighty-Three (283) of Plaintiffs' Complaint.

284.

This Defendant admits the allegations contained in Paragraph Two Hundred Eighty-Four (284) of Plaintiffs' Complaint.

285.

This Defendant denies the allegations contained in Paragraph Two Hundred Eighty-Five (285) of Plaintiffs' Complaint as stated. This Defendant admits Aa'Dyen had a noted developmental delay that affected his capabilities. This Defendant denies Defendants improperly handled Aa'Dyen's seizure. This Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph Two Hundred Eighty-Five (285) of Plaintiffs' Complaint

286.

This Defendant denies the allegations contained in Paragraph Two Hundred Eighty-Six (286) of Plaintiffs' Complaint as stated. This Defendant admits Aa'Dyen had a noted heart condition that affected his activity. This Defendant denies Defendants improperly handled Aa'Dyen's seizure. This Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph Two Hundred Eighty-Six (286) of Plaintiffs' Complaint

287.

This Defendant denies the allegations contained in Paragraph Two Hundred Eighty-Seven (287) of Plaintiffs' Complaint as stated. This Defendant admits Aa'Dyen had a noted heart condition that limited his activity. This Defendant denies

Defendants improperly handled Aa'Dyen's seizure. This Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph Two Hundred Eighty-Seven (287) of Plaintiffs' Complaint

288.

This Defendant admits Aa'Dyen's disabilities limited some major life activity. This Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph Two Hundred Eighty8Eight (288) of Plaintiffs' Complaint.

289.

This Defendant admits the allegations contained in Paragraph Two Hundred Eighty-Nine (289) of Plaintiffs' Complaint.

290.

This Defendant admits the allegations contained in Paragraph Two Hundred Ninety (290) of Plaintiffs' Complaint.

291.

This Defendant admits the allegations contained in Paragraph Two Hundred Ninety-One (291) of Plaintiffs' Complaint.

292.

This Defendant denies the allegations contained in Paragraph Two Hundred

Ninety-Two (292) of Plaintiffs' Complaint.

293.

This Defendant denies any allegation contained in Paragraph Two Hundred Ninety-Three (293) of Plaintiffs' Complaint that is inconsistent with the stated law.

294.

This Defendant denies the allegations contained in Paragraph Two Hundred Ninety-Four (294) of Plaintiffs' Complaint.

295.

This Defendant denies the allegations contained in Paragraph Two Hundred Ninety-Five (295) of Plaintiffs' Complaint.

296.

This Defendant denies the allegations contained in Paragraph Two Hundred Ninety-Six (296) of Plaintiffs' Complaint.

297.

This Defendant denies the allegations contained in Paragraph Two Hundred Ninety-Seven (297) of Plaintiffs' Complaint.

**COUNT VII:**
**GROSS NEGLIGENCE**
**(Defendant Columbia County Schools)**

298.

This Defendant hereby incorporates by reference all the responses contained

in Paragraphs One (1) through Two Hundred Twenty (220).

299.

This Defendant denies any allegation contained in Paragraph Two Hundred Ninety-Nine (299) of Plaintiffs' Complaint that is inconsistent with the stated law.

300.

This Defendant denies any allegation contained in Paragraph Three Hundred (300) of Plaintiffs' Complaint that is inconsistent with the stated law.

301.

This Defendant denies the allegations of Paragraph Three Hundred One (301) of Plaintiff's Complaint.

302.

This Defendant denies the allegations of Paragraph Three Hundred Two (302) of Plaintiff's Complaint.

303.

This Defendant denies the allegations of Paragraph Three Hundred Three (303) of Plaintiff's Complaint.

304.

This Defendant denies the allegations of Paragraph Three Hundred Four (304)

of Plaintiff's Complaint.

305.

This Defendant denies the allegations of Paragraph Three Hundred Five (305) of Plaintiff's Complaint.

306.

This Defendant denies the allegations of Paragraph Three Hundred Six (306) of Plaintiff's Complaint.

307.

This Defendant denies the allegations of Paragraph Three Hundred Seven (307) of Plaintiff's Complaint.

308.

This Defendant denies the allegations of Paragraph Three Hundred Eight (308) of Plaintiff's Complaint.

309.

This Defendant denies the allegations of Paragraph Three Hundred Nine (309) of Plaintiff's Complaint.

310.

This Defendant denies the allegations of Paragraph Three Hundred Ten (310) of Plaintiff's Complaint.

311.

This Defendant denies the allegations of Paragraph Three Hundred Eleven (311) of Plaintiff's Complaint.

312.

This Defendant denies the allegations of Paragraph Three Hundred Twelve (312) of Plaintiff's Complaint.

313.

This Defendant denies the allegations of Paragraph Three Hundred Thirteen (313) of Plaintiff's Complaint.

**COUNT VIII:
NEGLIGENCE
(Defendants Columbia County Schools, Fischer, Jacobs, and Hankal)**

314.

This Defendant hereby incorporates by reference all the responses contained in Paragraphs One (1) through Two Hundred Twenty (220).

315.

This Defendant denies any allegation contained in Paragraph Three Hundred Fifteen (315) of Plaintiffs' Complaint that is inconsistent with the stated law.

316.

This Defendant denies any allegation contained in Paragraph Three Hundred

Sixteen (316) of Plaintiffs' Complaint that is inconsistent with the stated law.

317.

This Defendant denies the allegations of Paragraph Three Hundred Seventeen (317) of Plaintiff's Complaint as stated. This Defendant admits that Defendants owed some duty of care to Aa'Dyen. This Defendant further denies that Defendants acted negligently and denies that the alleged duties were ministerial in nature.

318.

This Defendant denies the allegations of Paragraph Three Hundred Eighteen (318) of Plaintiff's Complaint.

319.

This Defendant denies the allegations contained in Paragraph Three Hundred Nineteen (319) of Plaintiffs' Complaint.

320.

This Defendant denies the allegations contained in Paragraph Three Hundred Twenty (320) of Plaintiffs' Complaint.

321.

This Defendant denies the allegations contained in Paragraph Three Hundred Twenty-One (321) of Plaintiffs' Complaint.

322.

This Defendant denies the allegations of Paragraph Three Hundred Twenty-

Two (322) of Plaintiff's Complaint.

323.

This Defendant denies the allegations of Paragraph Three Hundred Twenty-Three (323) of Plaintiff's Complaint.

324.

This Defendant denies the allegations of Paragraph Three Hundred Twenty-Four (324) of Plaintiff's Complaint.

325.

This Defendant denies the allegations of Paragraph Three Hundred Twenty-Five (325) of Plaintiff's Complaint.

326.

This Defendant denies the allegations of Paragraph Three Hundred Twenty-Six (326) of Plaintiff's Complaint.

327.

This Defendant denies the allegations of Paragraph Three Hundred Twenty-Seven (327) of Plaintiff's Complaint.

328.

This Defendant denies the allegations of Paragraph Three Hundred Twenty-Eight (328) of Plaintiff's Complaint.

**COUNT IX:**
**BATTERY**
**(Defendants Columbia County Schools, Fischer, Jacobs, and Hankal)**

329.

This Defendant hereby incorporates by reference all the responses contained in Paragraphs One (1) through Two Hundred Twenty (220).

330.

This Defendant denies any allegation contained in Paragraph Three Hundred Thirty (330) of Plaintiffs' Complaint that is inconsistent with the stated law.

331.

This Defendant denies any allegation contained in Paragraph Three Hundred Thirty-One (331) of Plaintiffs' Complaint that is inconsistent with the stated law.

332.

This Defendant denies the allegations of Paragraph Three Hundred Thirty-Two (332) of Plaintiff's Complaint.

333.

This Defendant denies the allegations of Paragraph Three Hundred Thirty-Three (333) of Plaintiff's Complaint.

334.

This Defendant denies the allegations of Paragraph Three Hundred Thirty-

Four (334) of Plaintiff's Complaint.

335.

This Defendant denies the allegations of Paragraph Three Hundred Thirty-Five (335) of Plaintiff's Complaint.

336.

This Defendant denies the allegations of Paragraph Three Hundred Thirty-Six (336) of Plaintiff's Complaint.

**COUNT X:**
**PUNITIVE DAMAGES**
**(All Defendants)**

337.

This Defendant hereby incorporates by reference all the responses contained in Paragraphs One (1) through Two Hundred Twenty (220).

338.

This Defendant denies any allegation contained in Paragraph Three Hundred Thirty-Eight (338) of Plaintiffs' Complaint that is inconsistent with the stated law.

339.

This Defendant denies any allegation contained in Paragraph Three Hundred Thirty-Nine (339) of Plaintiffs' Complaint that is inconsistent with the stated law.

340.

This Defendant denies the allegations of Paragraph Three Hundred Forty

(340) of Plaintiff's Complaint.

341.

This Defendant denies the allegations of Paragraph Three Hundred Forty-One (341) of Plaintiff's Complaint.

342.

This Defendant denies the allegations of Paragraph Three Hundred Forty-Two (342) of Plaintiff's Complaint.

343.

This Defendant denies the allegations of Paragraph Three Hundred Forty-Three (343) of Plaintiff's Complaint.

## COUNT XI:
## ATTORNEY'S FEES AND EXPENSES OF LITIGATION
### (All Defendants)

344.

This Defendant hereby incorporates by reference all the responses contained in Paragraphs One (1) through Two Hundred Twenty (220).

345.

This Defendant denies the allegations of Paragraph Three Hundred Forty-Five (345) of Plaintiff's Complaint.

346.

This Defendant denies the allegations of Paragraph Three Hundred Forty-Six

(346) of Plaintiff's Complaint.

347.

This Defendant denies the allegations of Paragraph Three Hundred Forty-Seven (347) of Plaintiff's Complaint.

348.

This Defendant denies the allegations of Paragraph Three Hundred Forty-Eight (348) of Plaintiff's Complaint.

## GENERAL DENIAL

All allegations of Plaintiffs' Complaint, including any and all unnumbered allegations, including those in Plaintiffs' prayer for relief, that have not been admitted, denied or otherwise responded to above are hereby denied.

Based on the foregoing, this Defendant states that Plaintiffs are not entitled to any of the relief prayed for in their Complaint.

WHEREFORE, this Defendant respectfully prays and demands as follows:

a.  that Plaintiffs' prayers be denied;

b.  that Plaintiffs' demand for a jury trial be denied;

c.  that this Court issue judgment in favor of the Defendants;

d.  that the Defendants be awarded attorney's fees in conjunction with this action; and,

e.  that this Court grant such other and further relief as it may deem

equitable and just.

Respectfully submitted this 5th day of January, 2026.

COUNSEL FOR DEFENDANT CCSD:

*/s/ William L. Fletcher, Jr.*
William L. Fletcher, Jr.
Georgia Bar No. 474471

Fletcher, Harley & Fletcher, LLP
3529 Walton Way Ext.
Augusta, Georgia 30909
706-724-0558
willfletcher@fhflaw.com

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION**

|  |  |
|---|---|
| **KANDIS HORTON and WILLIE HOOKS, as Survivors and the Presumed Personal Representative(s) of the Estate of Aa'Dyen Hooks,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**COLUMBIA COUNTY SCHOOL DISTRICT, ROBIN HANKAL, HALEY FISCHER, and SCOTT JACOBS,**<br><br>**Defendants** | **Civil Action No. 1:25-cv-260** |

**<u>Certificate of Service</u>**

The undersigned certifies that he has served a copy of the foregoing DEFENDANT COLUMBIA COUNTY SCHOOL DISTRICT'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS' COMPLAINT on all counsel by filing the same into the CM/ECF system for the Southern District of Georgia and addressed to the attorneys of record as follows:

Kenneth E. Barton III, Esq.
Cooper, Barton & Cooper, LLP
170 College Street
Macon, GA 31201

keb@cooperbarton.com

Taylor W. Hensel, Esq.
Buckley Christopher & Hensel, P.C.
2970 Clairmont Road, NE
Suite 650
Atlanta, GA 30329
thensel@bchlawpc.com

Elizabeth F. Kinsinger
Periera, Kirby, Kinsinger & Nguyen
690Longleaf Drive
P.O. Drawer 1250
Lawrenceville, GA 30046
ekinsinger@pkknlaw.com

Aparesh Paul
Pereira, Kirby, Kinsinger & Nguyen
210 Washington Street NW
Suite 203
Gainesville, GA 30501
apaul@pkknlaw.com

Hayden Headley Hooks
Arnold & Hooks, LLC
416 W Lamar St.
P.O. Box 6540
Americus, GA 31709
hhooks@arnoldhooks.com

Respectfully submitted this 5th day of January, 2026.

/s/William L. Fletcher, Jr.
William L. Fletcher, Jr.
Fletcher, Harley & Fletcher, LLP
Attorneys at Law
3529 Walton Way Extension
Augusta, Georgia 30909
willfletcher@fhflaw.com