IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| KANDIS HORTON and WILLIE HOOKS, as Survivors of Aa'Dyen Hooks, and KANDIS HORTON, as Temporary Administrator of the Estate of Aa'Dyen Hooks,<br><br>       Plaintiffs,<br><br>v.<br><br>COLUMBIA COUNTY SCHOOL DISTRICT, ROBIN HANKAL, HALEY FISHER, and SCOTT JACOBS,<br><br>       Defendants. | Civil Action No.<br><br>1:25-cv-00260-JRH-BKE |

## PLAINTIFFS' RESPONSE TO DEFENDANT FISHER'S MOTION TO DISMISS

COMES NOW Plaintiffs Kandis Horton and Willie Hooks, as Survivors of Aa'Dyen Hooks, and Kandis Horton, as Temporary Administrator of the Estate of Aa'Dyen Hooks, (hereinafter, "Plaintiffs"), by and through the undersigned counsel, and files their response to the Motion to Dismiss (Doc. 17) filed by Defendant Haley Fisher (hereinafter, "Defendant Fisher"), respectfully showing the Court as follows:

1.

Plaintiffs initiated the instant litigation through the filing of their Complaint on November 3, 2025. (*See generally* Doc. 1.)

2.

On January 5, 2026 and January 6, 2026, three of the above-named Defendants filed their respective Answers in response to the Complaint. (*See generally* Docs. 18-20.) On January 5, 2026, Defendant Fisher filed her Motion to Dismiss instead of filing an answer. (*See generally* Doc. 17.)

3.

On January 16, 2026, Plaintiffs filed their First Amended Complaint. (*See generally* Doc. 23.) Plaintiffs were authorized at that time to file an amended pleading once as of right. *See* Fed. R. Civ. P. 15(a)(1)(B).

4.

"An amended complaint supersedes the original complaint, and thus renders moot a motion to dismiss the original complaint." *S. Pilot Ins. Co. v. CECS, Inc.*, 15 F. Supp. 3d 1284, 1287 (N.D. Ga. 2013), order clarified, 15 F. Supp. 3d 1329 (N.D. Ga. 2013) (citing *Dresdner Bank AG v. M/V Olympia Voyager*, 463 F.3d 1210, 1215 (11th Cir. 2006); *Fritz v. Standard Sec. Life Ins. Co.*, 676 F.2d 1356, 1358 (11th Cir.1982)).

5.

Plaintiffs' First Amended Complaint superseded their original complaint, rendering any motion to dismiss the original pleading moot.

6.

Accordingly, the Court should deny Defendant Fisher's Motion to Dismiss (Doc. 17) as said Motion is now moot.

Respectfully submitted, this 16th day of January, 2026.

                                      KENNETH E. BARTON III
                                      Georgia Bar No. 301171
                                      *Attorney for Plaintiff*

COOPER, BARTON & COOPER, LLP
170 College Street
Macon, Georgia 31201
Telephone: (478) 841-9007
Facsimile: (478) 841-9002
keb@cooperbarton.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the foregoing PLAINTIFFS' RESPONSE TO DEFENDANT FISHER'S MOTION TO DISMISS to the Clerk of Court using the CM/ECF system, which will automatically send electronic mail notification of such filing to the following counsel of record, who are CM/ECF participants:

| | |
|---|---|
| William L. Fletcher, Jr., Esq.<br>Fletcher, Farley & Fletcher, LP<br>3529 Walton Way Ext.<br>Augusta, Georgia 30909<br>willfletcher@fhflaw.com<br>*Attorney for Defendant Columbia Schs.* | Hayden Headley Hooks, Esq.<br>Arnold & Hooks LLC<br>416 W. Lamar Street<br>Americus, Georgia 31709<br>hhooks@arnoldhooks.com<br>*Attorney for Defendant Hankal* |
| Elizabeth F. Kinsinger, Esq.<br>Pereira, Kirby, Kinsinger & Nguyen, LLP<br>690 Longleaf Drive<br>Lawrenceville, Georgia 30046<br>ekinsinger@pkknlaw.com<br>*Attorney for Defendant Fisher* | Taylor W. Hensel, Esq.<br>Buckley, Christopher & Hensel, P.C.<br>2970 Clairmont Road, NE, Suite 650<br>Atlanta, Georgia 30329<br>thensel@bchlaw.com<br>*Attorney for Defendant Jacobs* |

This 16th day of January, 2026.

KENNETH E. BARTON III
Georgia Bar No. 301171
*Attorney for Plaintiffs*

COOPER, BARTON & COOPER, LLP
170 College Street
Macon, Georgia 31201
Telephone: (478) 841-9007
Facsimile: (478) 841-9002
keb@cooperbarton.com