**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | |
|---|---|
| **KANDIS HORTON and WILLIE HOOKS, as Survivors and the Presumed Personal Representative(s) of the Estate of Aa'Dyen Hooks,** | |
| **Plaintiffs,** | |
| **v.** | **Civil Action No.** |
| **COLUMBIA COUNTY SCHOOL DISTRICT, ROBIN HANKAL, HALEY FISCHER, and SCOTT JACOBS,** | **1:25-cv-00260-JRH-BKE** |
| **Defendants** | |

**DEFENDANT ROBIN HANKAL'S ANSWER**
**AND AFFIRMATIVE DEFENSES TO PLAINTIFFS'**
**AMENDED COMPLAINT**

**COMES NOW,** Defendant Robin Hankal ("Defendant Hankal") and hereby

serves her Answer and Affirmative Defenses to Plaintiffs' Complaint showing the

Court as follows:

## FIRST DEFENSE

Plaintiffs' Complaint, in whole or in part, fails to state a claim upon which relief can be granted, and therefore, should be dismissed.

## SECOND DEFENSE

For a second defense, Defendant Hankal shows that she did not deprive Plaintiffs of any right or privilege secured by the Constitution or federal law, state law or as otherwise alleged in the Plaintiffs' Complaint.

## THIRD DEFENSE

For a third defense, Defendant Hankal shows that there has been no intentional or negligent conduct on her part that proximately caused injury or damage to Plaintiffs, and Plaintiff are not entitled to recover from Defendant Hankal.

## FOURTH DEFENSE

For a fourth defense, to the extent any claims against that are captioned as claims against Defendant Columbia County are construed as claims against Plaintiff in her official capacity, such claims are duplicative of Plaintiffs' claims against Defendant Columbia County.

## FIFTH DEFENSE

For a fifth defense, to the extent any claims against that are captioned as claims against Defendant Columbia County are construed as claims against Plaintiff

in her official capacity and also with respect to any claims that are captioned as claims specifically against Defendant Hankal, Defendant Hankal is entitled to the defense of qualified immunity.

## SIXTH DEFENSE

For a sixth defense, Defendant Hankal shows that she is entitled to official immunity with respect to any state law claims that Plaintiffs are asserting against her.

## SEVENTH DEFENSE

For a seventh defense, Defendant Hankal shows that there has been no conduct on her part, that justifies the imposition of damages, punitive, compensatory or otherwise or that justifies an award of attorney's fees to Plaintiffs.

## EIGHTH DEFENSE

For an eighth defense, Defendant Hankal has failed to exhaust their administrative remedies or otherwise satisfy all conditions precedent and statutory prerequisites to suit.

## NINTH DEFENSE

For a ninth defense, Defendant Hankal lacked any intent or purpose to discriminate against Plaintiffs or deprive Plaintiffs of any rights. Further, Defendant

Hankal was not deliberately indifferent to the rights and needs of Plaintiffs. Therefore, Plaintiffs' claims are barred.

## TENTH DEFENSE

For a tenth defense, to the extent that Plaintiffs' complaint alleges negligence by Defendant Hankal in her professional capacity, Plaintiffs have failed to attach to their complaint the affidavit required by O.C.G.A. § 9-11-9.1, and have therefore failed to state a claim upon which relief can be granted.

## ELEVENTH DEFENSE

For an eleventh defense, Defendant Hankal asserts that the claims asserted by Plaintiffs are without merit, frivolous, or without just cause so that Plaintiffs are liable for the payment of all attorneys' fees and expenses incurred by Defendant Hankal in order to defend its rights pursuant to O.C.G.A. § 9-15-14.

## TWELFTH DEFENSE

Defendants hereby reserve the right to seek to leave to amend this Answer, to add additional affirmative defenses, or to withdraw affirmative defenses as deemed warranted after a reasonable opportunity for appropriate discovery.

Without waiving any of the foregoing defenses, Defendants Hankal hereby responds to the separately numbered paragraphs of Plaintiffs' Complaint as follows:

## JURISDICTION AND VENUE

1.

Defendant Hankal admits that this Court has jurisdiction over the federal claims raised in Plaintiffs' Complaint.

2.

Defendant Hankal admits that, at present, this Court has supplemental jurisdiction over the state law claims raised in Plaintiffs' Complaint.

3.

Defendant Hankal admits that she is subject to personal jurisdiction in this judicial district.

## PARTIES

4.

Defendant Hankal admits the allegations contained in Paragraph Four (4) of Plaintiffs' Complaint.

5.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Five (5) of Plaintiffs' Complaint.

6.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Six (6) of Plaintiffs' Complaint.

7.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Seven (7) of Plaintiffs' Complaint.

8.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Eight (8) of Plaintiffs' Complaint as neither Defendant Hankal nor her counsel have been provided with copies of probate records related to Aa'Dyen Hooks.

9.

Defendant Hankal admits the allegations contained in Paragraph Nine (9) of Plaintiffs' Complaint.

10.

Defendant Hankal Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Ten (10) of Plaintiffs' Complaint.

11.

Defendant Hankal admits the allegations contained in Paragraph Eleven (11) of Plaintiffs' Complaint.

12.

Defendant Hankal admits the allegations contained in Paragraph Twelve (12) of Plaintiffs' Complaint.

13.

Defendant Hankal admits the allegations contained in Paragraph Thirteen (13) of Plaintiffs' Complaint.

14.

Defendant Hankal admits that he is the superintendent, but is without sufficient information to admit or deny the remaining allegations contained in Paragraph Fourteen (14) of Plaintiffs' Complaint.

15.

Defendant Hankal admits the allegations contained in Paragraph Fifteen (15) of Plaintiffs' Complaint.

16.

Defendant Hankal admits the allegations contained in Paragraph Sixteen (16) of Plaintiffs' Complaint.

17.

Defendant Hankal admits the allegations contained in Paragraph Seventeen (17) of Plaintiffs' Complaint.

18.

Defendant Hankal admits the allegations contained in Paragraph Eighteen (18) of Plaintiffs' Complaint.

19.

Defendant Hankal admits the allegations contained in Paragraph Nineteen (19) of Plaintiffs' Complaint.

20.

Defendant Hankal admits the allegations contained in Paragraph Twenty (20) of Plaintiffs' Complaint.

21.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Twenty-One (21) of Plaintiffs' Complaint.

22.

Defendant Hankal admits the allegations contained in Paragraph Twenty-Two (22) of Plaintiffs' Complaint.

23.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Twenty-Three (23) of Plaintiffs' Complaint.

24.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Twenty-Four (24) of Plaintiffs' Complaint.

25.

Defendant Hankal admits the allegations contained in Paragraph Twenty-Five (25) of Plaintiffs' Complaint.

26.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Twenty-Six (26) of Plaintiffs' Complaint.

**STATEMENT OF FACTS**

27.

Defendant Hankal's responses to the allegations contained in Paragraphs One (1) through Twenty-Six (26) are hereby incorporated by reference.

28.

Defendant Hankal admits the allegations contained in Paragraph Twenty-Eight (28) of Plaintiffs' Complaint.

29.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Twenty-Nine (29) of Plaintiffs' Complaint.

30.

Defendant Hankal denies that Aa'Dyen was only enrolled at Euchee Creek Elementary School as Aa'Dyen also attended other schools within the Columbia County School District.

31.

Defendant Hankal admits that Aa'Dyen Hooks had an individualized education plan and that the purpose of the individualized education plan (IEP) was to address his specific educational needs. Defendant Hankal is without sufficient information to form a belief as to the truth of the allegations regarding the specifics of Aa'Dyen's IEPS as she did not have access to those documents in her role as school nurse.

32.

Defendant Hankal denies the allegations of Paragraph Thirty-Two (32) as stated. Defendant admits that Columbia County Schools is required to review all students' IEPs on an annual basis.

33.

Defendant Hankal admits the allegations contained in Paragraph Thirty-Three (33) of Plaintiffs' Complaint.

34.

Defendant Hankal admits the allegations contained in Paragraph Thirty-Four (34) of Plaintiffs' Complaint.

35.

Defendant Hankal admits the allegations contained in Paragraph Thirty-Five (35) of Plaintiffs' Complaint.

36.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Thirty-Six (36) of Plaintiffs' Complaint.

37.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Thirty-Seven (37) of Plaintiffs' Complaint.

38.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Thirty-Eight (38) of Plaintiffs' Complaint.

39.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Thirty-Nine (39) of Plaintiffs' Complaint.  George2026!!

40.

Defendant Hankal admits  the allegations contained in Paragraph Forty (40) of Plaintiffs' Complaint.

41.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Forty-One (41) of Plaintiffs' Complaint.

42.

Defendant Hankal admits allegations contained in Paragraph Forty-Two (42) of Plaintiffs' Complaint.

43.

Defendant Hankal admits the allegations contained in Paragraph Forty-Three (43) of Plaintiffs' Complaint.

44.

Defendant Hankal denies that she had access to Aa'Dyen's IEPs and related documentation.

45.

Defendant Hankal admits that she was aware of Aa'Dyen's developmental delay as a result of his medical documentation to which she had access.

46.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Forty-Six (46) of Plaintiffs' Complaint.

47.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Forty-Seven (47) of Plaintiffs' Complaint.

48.

Defendant Hankal admits that she learned in 2023 that Aa'Dyen had liver cancer.

49.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Forty-Nine (49) of Plaintiffs' Complaint.

50.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Fifty (50) of Plaintiffs' Complaint.

51.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Fifty-One (51) of Plaintiffs' Complaint.

52.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Fifty-Two (52) of Plaintiffs' Complaint.

53.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Fifty-Three (53) of Plaintiffs' Complaint.

54.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Fifty-Two (54) of Plaintiffs' Complaint.

55.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Fifty-Five (55) of Plaintiffs' Complaint.

56.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Fifty-Six (56) of Plaintiffs' Complaint.

57.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Fifty-Seven (57) of Plaintiffs' Complaint.

58.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Fifty-Eight (58) of Plaintiffs' Complaint.

59.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Fifty-Nine (59) of Plaintiffs' Complaint.

60.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Sixty (60) of Plaintiffs' Complaint.

61.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Sixty-One (61) of Plaintiffs' Complaint.

62.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Sixty-Two (62) of Plaintiffs' Complaint.

63.

Defendant Hankal admits that Aa'Dyen's medical documentation on file at the school indicated that he had a congenital heart deformity. Defendant Hankal is without knowledge or information of the information documented in his IEP.

64.

Defendant Hankal admits that Aa'Dyen's medical documentation on file at the school indicated that he had a congenital heart deformity.

65.

Defendant Hankal denies the allegations of Paragraph Sixty-Five (65) of this Complaint.

66.

Defendant Hankal denies the allegations of Paragraph Sixty-Six (66) of this Complaint.

67.

Defendant Hankal denies the allegations of Paragraph Sixty-Seven (67) of this Complaint.

68.

Defendant Hankal denies the allegations of Paragraph Sixty-Eight (68) of this Complaint.

69.

Defendant Hankal admits the allegations of Paragraph Sixty-Nine (69) of this Complaint.

70.

Defendant Hankal admits that she had a responsibility to review Aa'Dyen's Emergency Medical Plan.

71.

Defendant Hankal admits that she was aware that Aa'Dyen had a congenital heart deformity.

72.

Defendant Hankal admits the allegations of Paragraph Seventy-Two (72) of this Complaint.

73.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Seventy-Three (73) of Plaintiffs' Complaint, as it relates to Aa'Dyen.  Defendant Hakal is a aware of common causes of seizures.

74.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Seventy-Three (74) of Plaintiffs' Complaint.

75.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Seventy-Five (75) of Plaintiffs' Complaint.

76.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Seventy-Six (76) of Plaintiffs' Complaint.

77.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Seventy-Seven (77) of Plaintiffs' Complaint.

78.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Seventy-Eight (78) of Plaintiffs' Complaint.

79.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Seventy-Nine (79) of Plaintiffs' Complaint as she did not have access to his IEP. Notwithstanding, Defendant Hankal admits that she was aware that Aa'Dyen had a seizure disorder.

80.

Defendant Hankal admits that Aa'Dyen medical documentation on file with this school noted a seizure disorder.

81.

Defendant Hankal admits that Aa'Dyen medical documentation on file with this school noted a seizure disorder.

82.

Defendant Hankal admits the allegations in Paragraph Eighty-Two of the Complaint.

83.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Eighty-Three (83) of Plaintiffs' Complaint.

84.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Eighty-Four (84) of Plaintiffs' Complaint.

85.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Eighty-Five (85) of Plaintiffs' Complaint.

86.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Eighty-Six (86) of Plaintiffs' Complaint.

87.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Eighty-Seven (87) of Plaintiffs' Complaint.

88.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph Eighty-Eight (88) of Plaintiff's Complaint.

89.

Defendant Hankal denies the allegations of Paragraph Eighty-Nine (89) of Plaintiff's Complaint as stated. Defendant Hankal denies that the plans were updated with the information referenced in Paragraph Eighty-Nine (89) of the Complaint and denies that this information was ever provided to Defendant Hankal.

90.

Defendant Hankal denies the allegations of Paragraph Ninety (90) of Plaintiff's Complaint as stated. Defendant Hankal denies that proper medical care would delay a response until the parent had been contacted.

91.

Defendant Hankal denies the allegations of Paragraph Ninety-One (91) of Plaintiff's Complaint as stated. Defendant Hankal denies that proper medical care would delay a response until the parent had been contacted.

92.

Defendant Hankal admits the allegations in Paragraph Ninety-Two (92) of the Complaint.

93.

Defendant Hankal admits the allegations in Paragraph Ninety-Three (93) of the Complaint.

94.

Defendant Hankal admits the allegations in Paragraph Ninety-Four (94) of the Complaint.

95.

Defendant Hankal admits the allegations in Paragraph Ninety-Five (95) of the Complaint.

96.

Defendant Hankal admits the allegations in Paragraph Ninety-Six (96) of the Complaint.

97.

Defendant Hankal admits the allegations in Paragraph Ninety-Seven (97) of the Complaint.

98.

Defendant Hankal admits the allegations in Paragraph Ninety-Eight (98) of the Complaint.

99.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Ninety-Nine (99) of Plaintiffs' Complaint.

100.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred (100) of Plaintiffs' Complaint.

101.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred One (101) of Plaintiffs' Complaint.

102.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Two (102) of Plaintiffs' Complaint.

103.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Three (103) of Plaintiffs' Complaint as stated. Defendant Hankal is aware that Aa'Dyen had a one-on-one paraprofessional during the school day.

104.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Four (104) of Plaintiffs' Complaint.

105.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Five (105) of Plaintiffs' Complaint.

106.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Six (106) of Plaintiffs' Complaint.

107.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Seven (107) of Plaintiffs' Complaint.

108.

Defendant Hankal denies the allegations of Paragraph One Hundred Eight (108) of Plaintiffs' Complaint as stated. Defendant Hankal admits that she was aware of a nosebleed that occurred on March 16, 2023.

109.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Nine (109) of Plaintiffs' Complaint.

110.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Ten (110) of Plaintiffs' Complaint.

111.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Eleven (111) of Plaintiffs' Complaint.

112.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Twelve (112) of Plaintiffs' Complaint.

113.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Thirteen (113) of Plaintiffs' Complaint.

114.

Defendant Hankal admits the allegations contained in Paragraph One Hundred Fourteen (114) of Plaintiffs' Complaint.

115.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Fifteen (115) of Plaintiffs' Complaint.

116.

Defendant Hankal admits the allegations contained in Paragraph One Hundred Sixteen (116) of Plaintiffs' Complaint. Defendant Hankal denies a breach of any duty owed.

117.

Defendant Hankal admits the allegations contained in Paragraph One Hundred Seventeen (117) of Plaintiffs' Complaint.

118.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Eighteen (118) of Plaintiffs' Complaint.

119.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Nineteen (119) of Plaintiffs' Complaint.

120.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Twenty (120) of Plaintiffs' Complaint.

121.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Twenty One (121) of Plaintiffs' Complaint.

122.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Twenty Two (122) of Plaintiffs' Complaint.

123.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Twenty Three (123) of Plaintiffs' Complaint.

124.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Twenty (124) of Plaintiffs' Complaint.

125.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Twenty (125) of Plaintiffs' Complaint.

126.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Twenty Six (126) of Plaintiffs' Complaint.

127.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Twenty Seven (127) of Plaintiffs' Complaint.

128.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Twenty  Eight (128) of Plaintiffs' Complaint.

129.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Twenty Nine (129) of Plaintiffs' Complaint.

130.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Thirty (130) of Plaintiffs' Complaint.

131.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Thirty One (131) of Plaintiffs' Complaint.

132.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Thirty Two (132) of Plaintiffs' Complaint.

133.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Thirty Three (133) of Plaintiffs' Complaint.

134.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Thirty Four (134) of Plaintiffs' Complaint.

135.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Thirty Five (135) of Plaintiffs' Complaint.

136.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Thirty Six (136) of Plaintiffs' Complaint.

137.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Thirty Seven (137) of Plaintiffs' Complaint.

138.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Thirty Eight (138) of Plaintiffs' Complaint.

139.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Thirty Nine (139) of Plaintiffs' Complaint.

140.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Forty (140) of Plaintiffs' Complaint.

141.

Defendant Hankal denies the allegations contained in Paragraph One Hundred Forty One (141) of Plaintiffs' Complaint.

142.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Forty Two (142) of Plaintiffs' Complaint.

143.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Forty Three (143) of Plaintiffs' Complaint.

144.

Defendant Hankal denies the allegations of paragraph One Hundred Forty Four (144) as stated. Defendant Hankal admits that Aa'Dyen's seizure began at

approximately 3:12 p.m. and that Aa'Dyen was on the floor with his Ipad when his seizure began.

145.

Defendant Hankal denies the allegations contained in Paragraph One Hundred Forty Five (145) of Plaintiffs' Complaint.

146.

Defendant Hankal denies the allegations as stated in Paragraph One Hundred Forty Six (146) of Plaintiffs' Complaint as Aa'Dyen's medical documentation provided to Defendant Hankal provides no specific information about tis seizures.

147.

Defendant Hankal denies the allegations contained in Paragraph One Hundred Forty Seven (147) of Plaintiffs' Complaint.

148.

Defendant Hankal denies the allegations contained in Paragraph One Hundred Forty Eight (148) of Plaintiffs' Complaint.

149.

Defendant Hankal admits the allegations contained in Paragraph One Hundred Forty Nine (149) of Plaintiffs' Complaint.

150.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Fifty (150) of Plaintiffs' Complaint.

151.

Defendant Hankal denies the allegations contained in Paragraph One Hundred Fifty One (151) of Plaintiffs' Complaint.

152.

Defendant Hankal denies the allegations contained in Paragraph One Hundred Fifty Two (152) of Plaintiffs' Complaint.

153.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Fifty Three (153) of Plaintiffs' Complaint.

154.

Defendant Hankal admits the allegations contained in Paragraph One Hundred Fifty Four (154) of Plaintiffs' Complaint.

155.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Fifty Five (155) of Plaintiffs' Complaint.

156.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Fifty Six (156) of Plaintiffs' Complaint. Defendant Hankal admits that Aa'Dyen was on his side when she entered the room.

157.

Defendant Hankal denies the allegations contained in Paragraph One Hundred Fifty Seven (157) of Plaintiffs' Complaint as stated. Defendant Hankal admits that she requested that the school resource officer contact EMS for support. Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph One Hundred Fifty Seven (157) of the Complaint.

158.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Fifty

Eight (158) of Plaintiffs' Complaint. Defendant Hankal admits that she did not contact his physician.

159.

Defendant Hankal denies the allegations contained in Paragraph One Hundred Fifty Nine (159) of Plaintiffs' Complaint as stated. Defendant Hankal admits that she returned to the room and began responding to Aa'Dyen's seizure at 3:12 p.m.

160.

Defendant Hankal denies the allegations contained in Paragraph One Hundred Sixty (160) of Plaintiffs' Complaint, as pled. Defendant Hankal admits that she had previously provided such instructions to school staff.

161.

Defendant Hankal denies the allegations contained in Paragraph One Hundred Sixty One (161) of Plaintiffs' Complaint, as pled. Defendant Hankal admits that she administered Valtoco.

162.

Defendant Hankal admits the allegations contained in Paragraph One Hundred Sixty Two(162) of Plaintiffs' Complaint.

163.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Sixty Three (163) of Plaintiffs' Complaint.

164.

Defendant Hankal is without sufficient information to admit or deny the allegations contained in Paragraph One Hundred Sixty Four (164) of Plaintiffs' Complaint, as pled.

165.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Sixty Five (165) of Plaintiffs' Complaint.

166.

Defendant Hankal denies the allegations contained in Paragraph One Hundred Sixty-Six (166) of Plaintiffs' Complaint.

167.

Defendant Hankal denies the allegations contained in Paragraph One Hundred Sixty-Six (167) of Plaintiffs' Complaint, as stated. Defendant Hankal admits that she and Defendant Jacobs took turns performing CPR on Aa'Dyen.  Defendant Hankal

is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Sixty Seven (167) of Plaintiffs' Complaint relating to Aa'Dyen's IEP.

168.

Defendant Hankal denies the allegations contained in Paragraph One Hundred Sixty-Six (167) of Plaintiffs' Complaint, as stated. Defendant Hankal admits that she applied the AED pads to Ay'Dyen and followed the device's prompts. Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Sixty Eight (168) of Plaintiffs' Complaint relating to Aa'Dyen's IEP. Defendant Hankal denies that Ay'Dyen heart had not completely stopped, as Defendant Hankal detected no pulse or heartbeat and no shock was advised to be administered by the AED unit.

169.

Defendant Hankal denies the allegations contained in Paragraph One Hundred Sixty-Six (169) of Plaintiffs' Complaint, as stated. Defendant Hankal admits that she and Defendant Jacobs took turns performing CPR on Aa'Dyen.  Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Sixty Seven (169) of Plaintiffs'

Complaint relating to Aa'Dyen's IEP. Defendant Hankal denies that Ay'Dyen heart had not completely stopped, as Defendant Hankal detected no pulse or heartbeat.

170.

Defendant Hankal denies the allegations contained in Paragraph One Hundred Seventy (170) of Plaintiffs' Complaint, as stated. Defendant Hankal admits that she and Defendant Jacobs took turns performing CPR on Aa'Dyen. Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Seventy (170) of Plaintiffs' Complaint relating to Aa'Dyen's IEP. Defendant Hankal denies that Ay'Dyen heart had not completely stopped, as Defendant Hankal detected no pulse or heartbeat.

171.

Defendant Hankal denies the allegations contained in Paragraph One Hundred Seventy One (171) of Plaintiffs' Complaint, as stated. Defendant Hankal admits that she and Defendant Jacobs took turns performing CPR on Aa'Dyen. Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Seventy One (171) of Plaintiffs' Complaint relating to Aa'Dyen's IEP. Defendant Hankal denies that Ay'Dyen heart had not completely stopped, as Defendant Hankal detected no pulse or heartbeat.

172.

Defendant Hankal is without knowledge or information sufficient to form belief as to the truth of the allegations contained in Paragraph One Hundred Sixty Seventy-Two (172) of Plaintiffs' Complaint as she does not know the exact time that Defendant Fischer called Plaintiff Horton. Defendant Hankal admits that Defendant Fischer called Plaintiff Horton.

173.

Defendant Hankal is without knowledge or information sufficient to form belief as to the truth of the allegations contained in Paragraph One Hundred Seventy-Three (173) of Plaintiffs' Complaint as she does not know what Defendant Fischer told Plaintiff Horton. Defendant Hankal denies that heart had not stopped because she detected no heartbeat or pulse.

174.

Defendant Hankal denies the allegations contained in Paragraph One Hundred Seventy-Two (174) of Plaintiffs' Complaint. Defendant Hankal admits that she heard Plaintiff Horton state "They don't usually do CPR on him," but denies that she was told to cease CPR.

175.

Defendant Hankal is without knowledge or information sufficient to form belief as to the truth of the allegations contained in Paragraph One Hundred Seventy-Five (175) of Plaintiffs' Complaint as she does not know the exact time that the emergency medical technicians arrived.

176.

Defendant Hankal denies the allegations contained in Paragraph One Hundred Seventy-Six (176) of Plaintiffs' Complaint.

177.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Seventy Seven (177) of Plaintiffs' Complaint.

178.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Seventy Eight (178) of Plaintiffs' Complaint.

177.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Seventy Seven (177) of Plaintiffs' Complaint.

178.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Seventy Eight (178) of Plaintiffs' Complaint.

179.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Seventy Nine (179) of Plaintiffs' Complaint.

180.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Eighty (180) of Plaintiffs' Complaint.

181.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Eighty One (181) of Plaintiffs' Complaint.

182.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Eighty Two (182) of Plaintiffs' Complaint.

183.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Eighty Three (183) of Plaintiffs' Complaint.

184.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Eighty Four (184) of Plaintiffs' Complaint.

185.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Eighty Five (185) of Plaintiffs' Complaint.

186.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Eighty Six (186) of Plaintiffs' Complaint.

187.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Eighty Seven (187) of Plaintiffs' Complaint.

188.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Eighty Eight (188) of Plaintiffs' Complaint.

189.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Eighty Nine (189) of Plaintiffs' Complaint.

190.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Ninety (190) of Plaintiffs' Complaint.

191.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Ninety One (191) of Plaintiffs' Complaint.

192.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Ninety Two (192) of Plaintiffs' Complaint.

193.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Ninety Three (193) of Plaintiffs' Complaint.

194.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Ninety Four (194) of Plaintiffs' Complaint.

195.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Ninety Five (195) of Plaintiffs' Complaint.

196.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Ninety Six (196) of Plaintiffs' Complaint.

197.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Ninety Seven(197) of Plaintiffs' Complaint.

198.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Ninety Eight (198) of Plaintiffs' Complaint.

199.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph One Hundred Ninety Nine (199) of Plaintiffs' Complaint.

200.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Two Hundred (200) of Plaintiffs' Complaint.

201.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Two Hundred One (201) of Plaintiffs' Complaint.

202.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Two Hundred Two (202) of Plaintiffs' Complaint.

203.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Two Hundred Three (203) of Plaintiffs' Complaint.

204.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Two Hundred Five (204) of Plaintiffs' Complaint.

205.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Two Hundred (205) of Plaintiffs' Complaint.

206.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Two Hundred (206) of Plaintiffs' Complaint.

207.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Two Hundred Seven (207) of Plaintiffs' Complaint.

208.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Two Hundred Eight (208) of Plaintiffs' Complaint.

209.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Two Hundred Nine (209) of Plaintiffs' Complaint.

210.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Two Hundred Ten (210) of Plaintiffs' Complaint.

211.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Two Hundred Eleven (211) of Plaintiffs' Complaint.

212.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Two Hundred (212) of Plaintiffs' Complaint.

213.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Two Hundred Thirteen (213) of Plaintiffs' Complaint.

214.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Two Hundred Fourteen (214) of Plaintiffs' Complaint.

215.

Defendant Hankal admits the allegations contained in Paragraph Two Hundred Fifteen (215) of Plaintiffs' Complaint.

216.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Two Hundred Sixteen (216) of Plaintiffs' Complaint.

217.

Defendant Hankal denies the allegations of Paragraph Two Hundred Seventeen (217) of Plaintiff's Complaint.

218.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Two Hundred Eighteen (218) of Plaintiffs' Complaint.  Defendant Hankal denies that hear actions caused Aa'Dyen's death.

219.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Two Hundred Nineteen (219) of Plaintiffs' Complaint.

220.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Two Hundred Twenty (220) of Plaintiffs' Complaint.

**COUNT I:
SUBSTANTIVE DUE PROCESS
UNDER THE UNITED STATES CONSTITUTION
(Defendant Columbia County Schools)**

221.

Defendant Hankal hereby incorporates by reference all the responses contained in Paragraphs One (1) through Two Hundred Twenty (220). Defendant Hankal notes that Count I includes no allegations against Defendant Hankal.

222.

Defendant Hankal denies any allegation contained in Paragraph Two Hundred Twenty Two (222) of Plaintiffs' Complaint that is inconsistent with the stated law.

223.

Defendant Hankal denies any allegation contained in Paragraph Two Hundred Twenty Three (223) of Plaintiffs' Complaint that  is  inconsistent with the stated law.

224.

Defendant Hankal denies any allegation contained in Paragraph Two Hundred Twenty Four (224) of Plaintiffs' Complaint that any Defendant failed to comply with any legal duty.

225.

Defendant Hankal denies any allegation contained in Paragraph Two Hundred Twenty Five (225) of Plaintiffs' Complaint that any Defendant failed to comply with any legal duty.

226.

Defendant Hankal denies the allegations contained in Paragraph Two Hundred Twenty Six (226) of Plaintiffs' Complaint as pled.

227.

Defendant Hankal denies the allegations of Paragraph Two Hundred Seventeen (227) of Plaintiff's Complaint.

228.

Defendant Hankal denies the allegations of Paragraph Two Hundred Twenty Eight (228) of Plaintiff's Complaint.

229.

Defendant Hankal denies the allegations of Paragraph Two Hundred Twenty Nine (229) of Plaintiff's Complaint.

230.

Defendant Hankal denies the allegations of Paragraph Two Hundred Thirty (230) of Plaintiff's Complaint.

231.

Defendant Hankal denies the allegations of Paragraph Two Hundred Thirty One (231) of Plaintiff's Complaint.

232.

Defendant Hankal denies the allegations of Paragraph Two Hundred Thirty Two (232) of Plaintiff's Complaint.

233.

Defendant Hankal denies the allegations of Paragraph Two Hundred Thirty Three (233) of Plaintiff's Complaint.

234.

Defendant Hankal denies the allegations of Paragraph Two Hundred Thirty Four (234) of Plaintiff's Complaint.

235.

Defendant Hankal denies the allegations of Paragraph Two Hundred Thirty Five (235) of Plaintiff's Complaint.

236.

Defendant Hankal denies the allegations of Paragraph Two Hundred Thirty Six (236) of Plaintiff's Complaint.

237.

Defendant Hankal denies the allegations of Paragraph Two Hundred Thirty Seven (237) of Plaintiff's Complaint.

238.

Defendant Hankal denies the allegations of Paragraph Two Hundred Thirty Eight (238) of Plaintiff's Complaint.

239.

Defendant Hankal denies the allegations of Paragraph Two Hundred Thirty Nine (239) of Plaintiff's Complaint.

240.

Defendant Hankal denies the allegations of Paragraph Two Hundred Forty (240) of Plaintiff's Complaint.

241.

Defendant Hankal denies the allegations of Paragraph Two Hundred Forty One (241) of Plaintiff's Complaint.

242.

Defendant Hankal denies the allegations of Paragraph Two Hundred Forty Two (242) of Plaintiff's Complaint.

**COUNT II:**
**SUBSTANTIVE DUE PROCESS**
**UNDER THE GEORGIA CONSTIUTION**
**(Defendant Columbia County Schools)**

243.

Defendant Hankal hereby incorporates by reference all the responses contained in Paragraphs One (1) through Two Hundred Twenty (220).  Defendant Hankal notes that Count II includes no allegations against Defendant Hankal.

244.

Defendant Hankal denies any allegation contained in Paragraph Two Hundred Forty Four (244) of Plaintiffs' Complaint that is inconsistent with the stated law.

245.

Defendant Hankal denies the allegations of Paragraph Two Hundred Forty Five (245) of Plaintiff's Complaint.

246.

Defendant Hankal denies the allegations of Paragraph Two Hundred Forty Six (246) of Plaintiff's Complaint.

246.

Defendant Hankal denies the allegations of Paragraph Two Hundred Forty Seven (247) of Plaintiff's Complaint.

**COUNT III:**
**DEPRIVATION OF EQUAL PROTECTION**
**UNDER THE UNITED STATES CONSTIUTION**
**(Defendant Columbia County Schools)**

248.

Defendant Hankal hereby incorporates by reference all the responses contained in Paragraphs One (1) through Two Hundred Twenty (220). Defendant Hankal notes that Count III includes no allegations against Defendant Hankal.

249.

Defendant Hankal denies any allegation contained in Paragraph Two Hundred Forty Nine (249) of Plaintiffs' Complaint that is inconsistent with the stated law.

250.

Defendant Hankal denies the allegations of Paragraph Two Hundred Fifty (250) of Plaintiff's Complaint.

251.

Defendant Hankal denies the allegations of Paragraph Two Hundred Fifty One (251) of Plaintiff's Complaint.

252.

Defendant Hankal denies the allegations of Paragraph Two Hundred Fifty (252) of Plaintiff's Complaint.

253.

Defendant Hankal denies the allegations of Paragraph Two Hundred Fifty Three (253) of Plaintiff's Complaint.

254.

Defendant Hankal denies the allegations of Paragraph Two Hundred Fifty Four (254) of Plaintiff's Complaint.

255.

Defendant Hankal denies the allegations of Paragraph Two Hundred Fifty Five (255) of Plaintiff's Complaint.

**COUNT IV**
**DEPRIVATION OF EQUAL PROTECTION**
**UNDER THE GEORGIA CONSTIUTION**
**(Defendant Columbia County Schools)**

256.

Defendant Hankal hereby incorporates by reference all the responses contained in Paragraphs One (1) through Two Hundred Twenty (220). Defendant Hankal notes that Count IV includes no allegations against Defendant Hankal.

257.

Defendant Hankal denies any allegation contained in Paragraph Two Hundred Fifty Seven (257) of Plaintiffs' Complaint that is inconsistent with the stated law.

258.

Defendant Hankal denies the allegations of Paragraph Two Hundred Fifty Eight (258) of Plaintiff's Complaint.

259.

Defendant Hankal denies the allegations of Paragraph Two Hundred Fifty Nine (259) of Plaintiff's Complaint.

**COUNT V**
**VIOLATION OF TITLE II OF THE**
**AMERICANS WITH DISABILITIES ACT**
**(Defendant Columbia County Schools)**

260.

Defendant Hankal hereby incorporates by reference all the responses contained in Paragraphs One (1) through Two Hundred Twenty (220). Defendant Hankal notes that Count V includes no allegations against Defendant Hankal.

261.

Defendant Hankal denies any allegation contained in Paragraph Two Hundred Sixty One (261) of Plaintiffs' Complaint that is inconsistent with the stated law.

262.

Defendant Hankal denies any allegation contained in Paragraph Two Hundred Sixty Two (262) of Plaintiffs' Complaint that is inconsistent with the stated law.

263.

Defendant Hankal admits the allegations contained in Paragraph Two Hundred Sixty Three (263) of Plaintiffs' Complaint.

264.

Defendant Hankal denies any allegation contained in Paragraph Two Hundred Sixty Four (264) of Plaintiffs' Complaint that is inconsistent with the stated law.

265.

Defendant Hankal admits the allegations contained in Paragraph Two Hundred Sixty Five (265) of Plaintiffs' Complaint.

266.

Defendant Hankal admits the allegations contained in Paragraph Two Hundred Sixty Six (266) of Plaintiffs' Complaint.

267.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Two Hundred Sixty Seven (267) of Plaintiffs' Complaint.

268.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Two Hundred Sixty Eight (268) of Plaintiffs' Complaint.

269.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Two Hundred Sixty Nine (269) of Plaintiffs' Complaint.

270.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Two Hundred Seventy (270) of Plaintiffs' Complaint.

271.

Defendant Hankal admits the allegations contained in Paragraph Two Hundred Seventy One (271) of Plaintiffs' Complaint.

272.

Defendant Hankal admits the allegations contained in Paragraph Two Hundred Seventy Two (272) of Plaintiffs' Complaint.

273.

Defendant Hankal admits the allegations contained in Paragraph Two Hundred Seventy Three (273) of Plaintiffs' Complaint.

274.

Defendant Hankal denies the allegations contained in Paragraph Two Hundred Seventy Four (274) of Plaintiffs' Complaint.

275.

Defendant Hankal admits the allegations contained in Paragraph Two Hundred Seventy Five (275) of Plaintiffs' Complaint.

276.

Defendant Hankal denies the allegations contained in Paragraph Two Hundred Seventy Six (276) of Plaintiffs' Complaint.

277.

Defendant Hankal denies the allegations contained in Paragraph Two Hundred Seventy Seven (277) of Plaintiffs' Complaint.

**COUNT VI:**
**VIOLATION OF**
**SECTION 504 OF THE REHABILITATION**
**(Defendant Columbia County Schools)**

278.

Defendant Hankal hereby incorporates by reference all the responses contained in Paragraphs One (1) through Two Hundred Twenty (220). Defendant Hankal notes that Count VI includes no allegations against Defendant Hankal.

279.

Defendant Hankal denies any allegation contained in Paragraph Two Hundred Seventy Nine (279) of Plaintiffs' Complaint that is inconsistent with the stated law.

280.

Defendant Hankal denies any allegation contained in Paragraph Two Hundred Eighty (280) of Plaintiffs' Complaint that is inconsistent with the stated law.

281.

Defendant Hankal denies any allegation contained in Paragraph Two Hundred Eighty One (281) of Plaintiffs' Complaint that is inconsistent with the stated law.

282.

Defendant Hankal denies any allegation contained in Paragraph Two Hundred Eighty Two (282) of Plaintiffs' Complaint that is inconsistent with the stated law.

283.

Defendant Hankal admits the allegations contained in Paragraph Two Hundred Eighty Three (283) of Plaintiffs' Complaint.

284.

Defendant Hankal admits the allegations contained in Paragraph Two Hundred Eighty Four (284) of Plaintiffs' Complaint.

285.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Two Hundred Eighty Five (285) of Plaintiffs' Complaint.

286.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Two Hundred Eighty Six (286) of Plaintiffs' Complaint.

287.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Two Hundred Eighty Seven (287) of Plaintiffs' Complaint.

288.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Two Hundred Eighty Eight (288) of Plaintiffs' Complaint.

289.

Defendant Hankal admits the allegations contained in Paragraph Two Hundred Eighty Nine (289) of Plaintiffs' Complaint.

290.

Defendant Hankal admits the allegations contained in Paragraph Two Hundred Ninety (290) of Plaintiffs' Complaint.

291.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Two Hundred Ninety One (291) of Plaintiffs' Complaint.

292.

Defendant Hankal denies the allegations contained in Paragraph Two Hundred Ninety (292) of Plaintiffs' Complaint.

293.

Defendant Hankal denies any allegation contained in Paragraph Two Hundred Ninety Three (293) of Plaintiffs' Complaint that is  inconsistent with the stated law.

294.

Defendant Hankal denies the allegations contained in Paragraph Two Hundred Ninety Four (294) of Plaintiffs' Complaint.

295.

Defendant Hankal denies the allegations contained in Paragraph Two Hundred Ninety Five (295) of Plaintiffs' Complaint.

296.

Defendant Hankal denies the allegations contained in Paragraph Two Hundred Ninety Six (296) of Plaintiffs' Complaint.

297.

Defendant Hankal denies the allegations contained in Paragraph Two Hundred Ninety Seven (297) of Plaintiffs' Complaint.

## COUNT VII:
## GROSS NEGLIGENCE
### (Defendant Columbia County Schools)

298.

Defendant Hankal hereby incorporates by reference all the responses contained in Paragraphs One (1) through Two Hundred Twenty (220). Defendant Hankal notes that Count VII includes no allegations against Defendant Hankal.

299.

Defendant Hankal denies any allegation contained in Paragraph Two Hundred Ninety Nine (299) of Plaintiffs' Complaint that is  inconsistent with the stated law.

300.

Defendant Hankal denies any allegation contained in Paragraph Three Hundred (300) of Plaintiffs' Complaint that is inconsistent with the stated law.

301.

Defendant Hankal denies the allegations of Paragraph Three Hundred One (301) of Plaintiff's Complaint.

302.

Defendant Hankal denies the allegations of Paragraph Three Hundred Two (302) of Plaintiff's Complaint.

303.

Defendant Hankal denies the allegations of Paragraph Three Hundred Three (303) of Plaintiff's Complaint.

304.

Defendant Hankal denies the allegations of Paragraph Three Hundred Four (304) of Plaintiff's Complaint.

305.

Defendant Hankal denies the allegations of Paragraph Three Hundred Five (305) of Plaintiff's Complaint.

306.

Defendant Hankal denies the allegations of Paragraph Three Hundred Six (306) of Plaintiff's Complaint.

307.

Defendant Hankal denies the allegations of Paragraph Three Hundred Seven (307) of Plaintiff's Complaint.

308.

Defendant Hankal denies the allegations of Paragraph Three Hundred Eight (308) of Plaintiff's Complaint.

309.

Defendant Hankal denies the allegations of Paragraph Three Hundred Nine (309) of Plaintiff's Complaint.

310.

Defendant Hankal denies the allegations of Paragraph Three Hundred Ten (310) of Plaintiff's Complaint.

311.

Defendant Hankal denies the allegations of Paragraph Three Hundred Eleven (311) of Plaintiff's Complaint.

312.

Defendant Hankal denies the allegations of Paragraph Three Hundred Twelve (312) of Plaintiff's Complaint.

313.

Defendant Hankal denies the allegations of Paragraph Three Hundred Thirteen (313) of Plaintiff's Complaint.

**COUNT VIII:**
**NEGLIGENCE**
**(Defendants Columbia County Schools, Fischer, Jacobs, and Hankal)**

314.

Defendant Hankal hereby incorporates by reference all the responses contained in Paragraphs One (1) through Two Hundred Twenty (220).

315.

Defendant Hankal denies any allegation contained in Paragraph Three Hundred Fifteen (315) of Plaintiffs' Complaint that is inconsistent with the stated law.

316.

Defendant Hankal denies any allegation contained in Paragraph Three Hundred Sixteen (316) of Plaintiffs' Complaint that is inconsistent with the stated law.

317.

Defendant Hankal denies the allegations of Paragraph Three Hundred Seventeen (317) of Plaintiff's Complaint. Defendant Hankal admits that she owed Aa'Dyen a duty of care but denies that she acted negligently with respect to her duties toward Aa'Dyen and denies that her duties were ministerial in nature.

318.

Defendant Hankal denies the allegations of Paragraph Three Hundred Eighteen (318) of Plaintiff's Complaint.

319.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Two Hundred Nineteen (319) of Plaintiffs' Complaint.

320.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Three Hundred Twenty (320) of Plaintiffs' Complaint.

321.

Defendant Hankal is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph Three Hundred Twenty-One (321) of Plaintiffs' Complaint.

322.

Defendant Hankal denies the allegations of Paragraph Three Hundred Twenty Two (322) of Plaintiff's Complaint.

323.

Defendant Hankal denies the allegations of Paragraph Three Hundred Twenty Three (323) of Plaintiff's Complaint.

324.

Defendant Hankal denies the allegations of Paragraph Three Hundred Twenty Four (324) of Plaintiff's Complaint.

325.

Defendant Hankal denies the allegations of Paragraph Three Hundred Twenty Five (325) of Plaintiff's Complaint.

326.

Defendant Hankal denies the allegations of Paragraph Three Hundred Twenty Six (326) of Plaintiff's Complaint.

327.

Defendant Hankal denies the allegations of Paragraph Three Hundred Twenty Seven (327) of Plaintiff's Complaint.

328.

Defendant Hankal denies the allegations of Paragraph Three Hundred Twenty Eight (328) of Plaintiff's Complaint.

## COUNT IX:
## BATTERY
## (Defendants Columbia County Schools, Fischer, Jacobs, and Hankal)

329.

Defendant Hankal hereby incorporates by reference all the responses contained in Paragraphs One (1) through Two Hundred Twenty (220).

329.

Defendant Hankal denies the allegations of Paragraph Three Hundred Twenty Nine (329) of Plaintiff's Complaint.

330.

Defendant Hankal denies any allegation contained in Paragraph Three Hundred Thirty (330) of Plaintiffs' Complaint that is inconsistent with the stated law.

331.

Defendant Hankal denies any allegation contained in Paragraph Three Hundred Thirty One (331) of Plaintiffs' Complaint that is inconsistent with the stated law.

332.

Defendant Hankal denies the allegations of Paragraph Three Hundred Thirty Two  (332) of Plaintiff's Complaint.

333.

Defendant Hankal denies the allegations of Paragraph Three Hundred Thirty Three (333) of Plaintiff's Complaint.

334.

Defendant Hankal denies the allegations of Paragraph Three Hundred Thirty Four (334) of Plaintiff's Complaint.

335.

Defendant Hankal denies the allegations of Paragraph Three Hundred Thirty Five (335) of Plaintiff's Complaint.

336.

Defendant Hankal denies the allegations of Paragraph Three Hundred Thirty Six (336) of Plaintiff's Complaint.

**COUNT X:**
**PUNITIVE DAMAGES**
**(All Defendants)**

337.

Defendant Hankal hereby incorporates by reference all the responses contained in Paragraphs One (1) through Two Hundred Twenty (220).

338.

Defendant Hankal denies any allegation contained in Paragraph Three Hundred Thirty Eight(338) of Plaintiffs' Complaint that is inconsistent with the stated law.

339.

Defendant Hankal denies any allegation contained in Paragraph Three Hundred Thirty Nine (339) of Plaintiffs' Complaint that is inconsistent with the stated law.

340.

Defendant Hankal denies the allegations of Paragraph Three Hundred Thirty Forty  (340) of Plaintiff's Complaint.

341.

Defendant Hankal denies the allegations of Paragraph Three Hundred Thirty Forty  One (341) of Plaintiff's Complaint.

342.

Defendant Hankal denies the allegations of Paragraph Three Hundred Thirty Forty Two  (342) of Plaintiff's Complaint.

343.

Defendant Hankal denies the allegations of Paragraph Three Hundred Thirty Forty Three (343) of Plaintiff's Complaint.

## COUNT XI:
## ATTORNEY'S FEES AND EXPENSES OF LITIGATION
### (All Defendants)

344.

Defendant Hankal hereby incorporates by reference all the responses contained in Paragraphs One (1) through Two Hundred Twenty (220).

345.

Defendant Hankal denies the allegations of Paragraph Three Hundred Forty Five (345) of Plaintiff's Complaint.

346.

Defendant Hankal denies the allegations of Paragraph Three Hundred Forty Six  (346) of Plaintiff's Complaint.

347.

Defendant Hankal denies the allegations of Paragraph Three Hundred Thirty Forty Seven (347) of Plaintiff's Complaint.

348.

Defendant Hankal denies the allegations of Paragraph Three Hundred Thirty Forty Eight (348) of Plaintiff's Complaint.

Defendant Hankal denies any and all unnumbered allegations, including those in the Plaintiffs' prayer for relief. Any allegations of Plaintiffs' Complaint not specifically admitted herein are hereby denied.

**WHEREFORE,** Defendant Hankal respectfully prays and demands as follows:

a. that Plaintiffs' prayers be denied;

b. that Plaintiffs' demand for a jury trial be denied;

c. that this Court issue judgment in favor of the Defendants;

d. that the Defendants be awarded attorney's fees in conjunction with this action; and,

e. that this Court grant such other and further relief as it may deem equitable and just.

Respectfully submitted this 29th  day of January, 2026.

By: */s/Hayden Headley Hooks*
Hayden Headley Hooks
Georgia Bar No. 786812
*Pro Hac Vice*

**ARNOLD & HOOKS LLC**
416 W Lamar Street
Americus, Georgia 31709
TELEPHONE: (229) 389-2045
FACSIMILE: (229) 389-2084
hhooks@arnoldhooks.com

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

**KANDIS HORTON and WILLIE HOOKS, as Survivors and the Presumed Personal Representative(s) of the Estate of Aa'Dyen Hooks,**

**Plaintiffs,**

**v.**

**COLUMBIA COUNTY SCHOOL DISTRICT, ROBIN HANKAL, HALEY FISCHER, and SCOTT JACOBS,**

**Defendants**

**Civil Action No. CV 125-260**

## CERTIFICATE OF SERVICE

I hereby certify that, a true and accurate copy of the within and foregoing

ANSWER AND DEFENSES OF DEFENDANT ROBIN HANKAL TO

PLAINTIFFS' AMENDED COMPLAINT has been served by the Court's

electronic filing system on:

KENNETH E. BARTON III
Cooper, Barton & Cooper, LLP
170 College Street
Macon, Georgia 31201
keb@cooperbarton.com


Respectfully submitted this 29th  day of January, 2026.

By: */s/Hayden Headley Hooks*
Hayden Headley Hooks
Georgia Bar No. 786812

**ARNOLD & HOOKS LLC**
416 W Lamar Street
Americus, Georgia 31709
TELEPHONE: (229) 389-2045
FACSIMILE: (229) 389-2084
hhooks@arnoldhooks.com