**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | | |
|---|---|---|
| **KANDIS HORTON and WILLIE HOOKS as Survivors and the Presumed Personal Representative(s) of the Estate of Aa'Dyen Hooks,** | ) ) ) ) ) | |
| **Plaintiffs,** | ) ) | **CIVIL ACTION FILE NO. 1:25-cv-00260-JRH-BKE** |
| **v.** | ) ) | |
| **COLUMBIA COUNTY SCHOOL DISTRICT, ROBIN HANKAL, HALEY FISCHER, and SCOTT JACOBS,** | ) ) ) ) | |
| **Defendants.** | ) | |

———————————————

**JOINT STATUS REPORT**

———————————————

1. Do the parties agree mediation should be attempted prior to summary judgment motions, and all deadlines stayed for this purpose?
   ☒ YES          ☐ NO

2. If the parties answered yes to question 1, do the parties prefer (a) a private mediator; or (b) a magistrate or bankruptcy judge?
   ☐ Private Mediator          ☒ Magistrate or Bankruptcy Judge

3. If the parties prefer a private mediator, specify a date-certain deadline for mediation to be completed and the stay lifted. From that date, summary judgment motions will be due in thirty days.

4. If the parties prefer a magistrate or bankruptcy judge as mediator, list two dates within the next six weeks when all parties and their authorized representatives are available for mediation.

   **The parties will propose dates to the courtroom deputy by June 26, 2026.**

   This 22nd day of June, 2026.

Signed:    s/ *Kenneth E. Barton III*, Attorney for Plaintiff
           s/ *William L. Fletcher, Jr.*, Counsel for Defendant Columbia County Schools
           s/ *Hayden Headley Hooks*, Counsel for Defendant Hankal
           s/ *Elizabeth F. Kinsinger*, Counsel for Defendant Fisher
           s/ *Taylor W. Hensel*, Counsel for Defendant Jacobs