**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | | |
|---|---|---|
| **KANDIS HORTON and WILLIE HOOKS as Survivors and the Presumed Personal Representative(s) of the Estate of Aa'Dyen Hooks,** | ) ) ) ) ) | |
| **Plaintiffs,** | ) ) | **CIVIL ACTION FILE** **NO. 1:25-cv-00260-JRH-BKE** |
| **v.** | ) ) | |
| **COLUMBIA COUNTY SCHOOL DISTRICT, ROBIN HANKAL, HALEY FISCHER, and SCOTT JACOBS,** | ) ) ) ) | |
| **Defendants.** | ) | |

_____

**SUPPLEMENTAL JOINT STATUS REPORT**

_____

1.　　If the parties prefer a magistrate or bankruptcy judge as mediator, list two dates within the next six weeks when all parties and their authorized representatives are available for mediation.

**The parties provide July 17, 23, 29, and August 6 and 7, 2026, as available dates for mediation.  The parties prefer July 23, 2026, if possible.**

This 26th day of June, 2026.

Signed:　　**s/ *Taylor W. Hensel*, Counsel for Defendant Jacobs, with permission of the parties**