# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

## CLERK'S MINUTES  - GENERAL

CASE NO. **1:25cv260**                                                         DATE   **July 17, 2026**

TITLE   **Kandis Horton, as Representative, et al**
**v**                                                                          TIMES  **8 hours**
**Columbia County School District, et al**

Honorable : **Brian K. Epps, United States Magistrate Judge**        Courtroom Deputy : **Courtnay Capps**

Court Reporter : **FTR**

| Plaintiff | Defendant |
|---|---|
| **Attorney Kenneth Barton** <br> **Attorney Karen McDonald** <br> **Kandis Horton** <br> **Willie Hooks** | **Defendant Columbia County School District** <br> **Attorney Will Fletcher** <br> **Defendant Robin Hankal - Attorney Hayden Hooks** <br> **Defendant Haley Fischer - Attorney Elizabeth Kingsinger** <br> **Defendant Scott Jacobs - Attorney Taylor Hensel** <br><br> **Cliff Cole – Executive Director Georgia School Boards Association Risk Management Fund – for ALL Defendants** |

PROCEEDINGS:   **Mediation - Augusta, Georgia**

☐ In Court
☑ In Chambers

NOTES:

Mediation Held.  Case not settled.