IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| KANDIS HORTON and WILLIE HOOKS, as Survivors and the Presumed Personal Representative(s) of the Estate of Aa'Dyen Hooks, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CV 125-260 |
| COLUMBIA COUNTY SCHOOL DISTRICT; ROBIN HANKAL; HALEY FISCHER; and SCOTT JACOBS, | ) ) ) ) | |
| Defendants. | ) | |

## REVISED SCHEDULING ORDER

The Order Setting Mediation stated that the Court would reset deadlines if necessary after conclusion of the mediation process. (Doc. no. 45 at 2.) On July 17, 2026, the parties participated in an unsuccessful mediation. (Doc. no. 46.) Accordingly, the Court imposes the following deadlines.

LAST DAY FOR FILING CIVIL MOTIONS          August 26, 2026
INCLUDING *DAUBERT* MOTIONS, but
EXCLUDING MOTIONS IN LIMINE

All provisions of the prior Scheduling Order not revised herein shall remain in full force and effect.

SO ORDERED this 27th day of July, 2026, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA