**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | |
|---|---|
| **KANDIS HORTON and WILLIE HOOKS as Survivors and the Presumed Personal Representative(s) of the Estate of Aa'Dyen Hooks,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**COLUMBIA COUNTY SCHOOL DISTRICT, ROBIN HANKAL, HALEY FISCHER, and SCOTT JACOBS,**<br><br>**Defendants.** | **CIVIL ACTION FILE NO. 1:25-cv-00260-JRH-BKE** |

# JOINT MOTION TO STAY PROCEEDINGS

COME NOW, PLAINTIFFS, COLUMBIA COUNTY SCHOOL DISTRICT, ROBIN HANKAL, HALEY FISHER, and SCOTT JACOBS (hereinafter "the Parties") in the above-styled matter and file this Joint Motion to Stay Proceedings, showing the Court as follows:

The parties to this matter attended a court-sponsored mediation on July 17, 2026. Doc. 45. Since that mediation, the parties have engaged in continued settlement negotiations. In the interim, on July 27, 2026, the Court revised the scheduling order, setting the deadline for filing civil motions on August 26, 2026. Doc. 47. Since the revised scheduling order was entered, the Parties have reached a tentative settlement agreement with the assistance of the Court. Within that agreement, the Parties have agreed to a monetary settlement which resolves all claims against Defendants Robin Hankal, Haley Fisher, and Scott Jacobs and the monetary claims against Defendant Columbia County School District ("CCSD"). However, Plaintiffs have also requested certain non-monetary damages from Defendant CCSD which cannot be resolved before the deadline for civil motions set forth in the revised scheduling order. As such, the Parties herein request a stay of all proceedings of

three (3) months so that resolution can be reached, if possible, on those non-monetary damage claims against Defendant CCSD. At the conclusion of the stay, the Parties will report the status of the settlement, assuming a dismissal of the suit is not filed before that date.

THEREFORE, the Parties respectfully request a stay of all proceedings, including the civil motions deadline, until November 16, 2026. On or before that date, the Parties will report the status of the settlement negotiations and, if necessary, propose to the Court an amended scheduling order regarding the civil motions deadline. A proposed order is attached.

This 19th day of August, 2026.

Respectfully submitted,

**BUCKLEY CHRISTOPHER & HENSEL, P.C.**

/s/ Taylor W. Hensel
TAYLOR W. HENSEL
Georgia State Bar No. 572754
Attorney for Defendant Scott Jacobs

2970 Clairmont Road, NE
Suite 650
Atlanta, Georgia 30329
(404) 633-9230
thensel@bchlawpc.com

**PEREIRA, KIRBY, KINSINGER & NGUYEN LLP**

/s/ Elizabeth F. Kinsinger
ELIZABETH F. KINSINGER
Georgia State Bar No. 261755
Attorney for Defendant Haley Fisher

690 Longleaf Drive
Lawrenceville, Georgia 30046
(770) 963-1997
ekinsinger@pkknlaw.com

**ARNOLD & HOOKS, LLC**

/s/ Hayden Headley Hooks
HAYDEN HEADLEY HOOKS
Georgia State Bar No. 786812
Attorney for Defendant Robin Hankal

416 W Lamar Street
Americus, Georgia 31709
(229) 389-2045
hhooks@arnoldhooks.com

**FLETCHER, HARLEY & FLETCHER, LLP**

/s/ William L. Fletcher, Jr.
WILLIAM L. FLETCHER, JR.
Georgia State Bar No. 474471
Attorney for Defendant CCSD

3529 Walton Way Ext.
Augusta, Georgia 30909
(706) 724-0558
willfletcher@fhflaw.com

**COOPER, BARTON & COOPER, LLP**

/s/ Kenneth E. Barton III
KENNETH E. BARTON III
Georgia State Bar No. 301171
Attorney for Plaintiffs

170 College Street
Macon, Georgia 31201
(478) 841-9007
keb@cooperbarton.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, August 19, 2026, I electronically filed JOINT MOTION TO STAY PROCEEDINGS with the Clerk of Court using the CM/ECF. I further certify that I have this day served the foregoing upon all parties via CM/ECF.

Respectfully submitted,

**BUCKLEY CHRISTOPHER & HENSEL, P.C.**

/s/ Taylor W. Hensel

TAYLOR W. HENSEL
Georgia State Bar No. 572754
Attorney for Defendant Scott Jacobs

2970 Clairmont Road, NE
Suite 650
Atlanta, Georgia 30329
(404) 633-9230
(404) 633-9640 (facsimile)
thensel@bchlawpc.com