**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | | |
|---|---|---|
| **KANDIS HORTON and WILLIE HOOKS as Survivors and the Presumed Personal Representative(s) of the Estate of Aa'Dyen Hooks,** | ) | |
| **Plaintiffs,** | ) | **CIVIL ACTION FILE NO. 1:25-cv-00260-JRH-BKE** |
| **v.** | ) | |
| **COLUMBIA COUNTY SCHOOL DISTRICT, ROBIN HANKAL, HALEY FISCHER, and SCOTT JACOBS,** | ) | |
| **Defendants.** | ) | |

# ORDER

The Court having read and considered the Parties' Joint Motion to Stay Proceedings until **November 16, 2026**, and good cause having been found, the joint motion is GRANTED. The parties will file a status report on or before November 16, 2026, regarding an amended scheduling order unless the case is dismissed before that deadline.

It is so ORDERED this the ___ day of _________________, 2026.

_________________________
Hon. J. Randall Hall
United States District Judge