**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF GEORGIA AUGUSTA DIVISION**

| | | |
|---|---|---|
| KANDIS HORTON and WILLIE HOOKS, as Survivors and the Presumed Personal Representative(s) of the Estate of Aa'Dyen Hooks, | * | |
| Plaintiffs, | * | CV 125-260 |
| v. | * | |
| COLUMBIA COUNTY SCHOOL DISTRICT; ROBIN HANKAL; HALEY FISHER; and SCOTT JACOBS, | * | |
| Defendants. | * | |

**O R D E R**

Before the Court is the Parties' joint motion to stay proceedings. (Doc. 48.) The Parties jointly request a stay of all proceedings, including the civil motions deadline, through November 16, 2026. (Id. at 2.) The Parties state they are "engaged in continued settlement negotiations." (Id. at 1.) Thus, they request three months to reach a resolution. (Id. at 1-2.)

Upon due consideration, the Parties' motion to stay (Doc. 48) is **GRANTED**. The Clerk is hereby **DIRECTED** to **STAY** all proceedings in this case until **NOVEMBER 16, 2026**. The Parties **SHALL FILE** either a stipulation of dismissal or a status report by **NOVEMBER 16, 2026**.

**ORDER ENTERED** at Augusta, Georgia, this 24th day of August, 2026.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA