**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF GEORGIA AUGUSTA DIVISION**

KANDIS HORTON and WILLIE HOOKS, as Survivors and the Presumed Personal Representative(s) of the Estate of Aa'Dyen Hooks,

Plaintiffs,

v. CV 125-260

COLUMBIA COUNTY SCHOOL DISTRICT; ROBIN HANKAL; HALEY FISCHER; and SCOTT JACOBS,

Defendants.

**O R D E R**

The Court received the parties' joint status report and **STAYS** remaining case deadlines through and including January 15, 2027. (Doc. 50.) The parties shall advise the Court as to the status of the case by no later than January 22, 2027, and, if the case is not resolved, the Court imposes the following deadline:

| | |
|---|---|
| LAST DAY FOR FILING CIVIL MOTIONS INCLUDING *DAUBERT* MOTIONS, but EXCLUDING MOTIONS IN LIMINE | February 16, 2027 |

All provisions of the prior Scheduling Orders not revised herein shall remain in full force and effect.

**ORDER ENTERED** at Augusta, Georgia, this 18th day of November, 2026.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA